

Home    Gift Cards    Book a Party    Contact Us    Rewards    Games    FAQ    Upcoming Events





## We do not close for parties during normal business hours:

Document title: Arcade Games | Full Tilt Arcade &amp; Pinball | La Porte

Capture URL: https://www.fulltiltlp.com/

Capture timestamp (UTC): Thu, 20 Jul 2023 16:02:52 GMT

Exhibit 5

SPONSORED BY: SEAMLESS GUTTER

## We do not close for parties during normal business hours:



## Full Tilt Arcade & Pinball

# 701 N. Fail Rd
# LaPorte, IN



**Click the map for directions!**

**Click the map for directions!**

## Buy a gift card!



GIFT CARDS!

fulltiltlp.com

PURCHASE ONLINE OR IN PERSON
DURING NORMAL BUSINESS HOURS!
THURSDAY 3-9
FRIDAY 3-10
SATURDAY 12-10
SUNDAY 12-8

## Click here to book a party!





FULL TILT
$266.00

*THE ARCADE IS **CLOSED** TO THE PUBLIC
DURING YOUR PARTY, THE ENTIRE ARCADE
IS RESERVED FOR YOUR GROUP

1 HOUR 45 MINUTES LONG
1-75 GUESTS
BRING YOUR OWN FOOD/DRINK
SEATING FOR 24

Document title: Arcade Games | Full Tilt Arcade &amp; Pinball | La Porte
Capture URL: https://www.fulltiltlp.com/
Capture timestamp (UTC): Thu, 20 Jul 2023 16:02:52 GMT

**1 HOUR 45 MINUTES LONG**

24 GUESTS

**BRING YOUR OWN FOOD/DRINK**

**SEATING FOR 24**

**$300.00 OF GAME PLAY INCLUDED**

*THIS PACKAGE IS NOT AVAILABLE DURING NORMAL BUSINESS HOURS



## HALF TILT
# $133.00

*THE ARCADE IS **OPEN** TO THE PUBLIC DURING YOUR PARTY, THE PARTY AREA IS RESERVED PRIVATELY FOR YOUR GROUP

**1 HOUR 45 MINUTES LONG**

**1-24 GUESTS**

**BRING YOUR OWN FOOD/DRINK**

**SEATING FOR 24**

**$150.00 OF GAME PLAY INCLUDED**

THIS PACKAGE IS LIMITED TO PIZZA/BIRTHDAY CAKE -PLEASE NO FULL CATERING

# Game Pricing Explained:



**The more money you put on a card to start, the more bonus credits you get! Credits never expire, and when you win tickets from our games, those go directly onto your game card and they never expire either!**

**$10 = 40 credits**

**$25 = 106 credits**

**$50 = 240 credits**

Document title: Arcade Games | Full Tilt Arcade &amp; Pinball | La Porte
Capture URL: https://www.fulltiltlp.com/
Capture timestamp (UTC): Thu, 20 Jul 2023 16:02:52 GMT



**$10 = 40 credits**

**$25 = 106 credits**

**$50 = 240 credits**

**$100 = 500 credits**

**Most games 1-4 credits to play**

## We opened in October of 2022

At Full Tilt Arcade & Pinball, you'll find your favorite games from the 80's, 90's, 2000's and today! You'll find new pinball machines from Stern, Jersey Jack, and Spooky as part of our 20 machine collection, as well as classic arcade cabinets like Pac-Man and Galaga. We also have Skee-ball, basketball, baseball, and of course, a claw machine! We even have Terminator Salvation and Big Buck Hunter Reloaded! Come play more than SIXTY games at Full Tilt!

# Meet the Owners

—

**Bringing Full Tilt to Life!**



Owners

**Ryan Hart & Ben Konowitz**

Ryan is a computer engineer, a lover of escape rooms, tough mudders, his wonderful wife Ashley, and of course dad of the year for opening an arcade!

Ben owns LaPorte Seamless Gutter, Chuck It! Junk Removal, and Big Comedy LaPorte by day and gets beaten at pinball by his awesome girlfriend, Bailey, by

wonderful wife Ashley, and of course dad of the year for opening an arcade!

Ben owns LaPorte Seamless Gutter, Chuck It! Junk Removal, and Big Comedy LaPorte by day and gets beaten at pinball by his awesome girlfriend, Bailey, by night!



## We're open!

### Come Visit Us

Monday - Private Bookings Only

Tuesday - Private Bookings Only

Wednesday - Private Bookings Only

Thursday

3pm-9pm

Friday

3pm-10pm

Saturday

12pm-10pm

Sunday 12pm-8pm

*all times Central Standard*

Any Questions? Click here to shoot us an email!



Document title: Arcade Games | Full Tilt Arcade &amp; Pinball | La Porte

Capture URL: https://www.fulltiltlp.com/

Capture timestamp (UTC): Thu, 20 Jul 2023 16:02:52 GMT





























# Contact Us

Name

Email

Subject

Type your message here..

Submit

Document title: Arcade Games | Full Tilt Arcade &amp; Pinball | La Porte
Capture URL: https://www.fulltiltlp.com/
Capture timestamp (UTC): Thu, 20 Jul 2023 16:02:52 GMT





Here's what's going on at Full Tilt in July 2023!

What's going on in June 2023 at the arcade? SO MUCH!



Avenger's Weekend April 13th through the 16th!

7/12: COCKTAILS AND CREDITS
7/13 - 7/16: CHRISTMAS IN JULY
7/17: MONDAY FLIPPER FRENZY
7/19: IFPA PINBALL TOURNAMENT
7/20 - 7/23: POKÉMON WEEKEND
7/24: MONDAY FLIPPER FRENZY
7/26: UNSANCTIONED TOURNAMENT
7/27 - 7/29: SHARK WEEK

SCHEDULE

6/2 - 6/4: BEAT THE HEAT WEEKEND
6/5: SUMMER HOURS BEGIN
6/8 - 6/11: SPIRIT WEEK
6/14: FREE PINBALL CLASSES
6/18: FATHER'S DAY
6/21: COCKTAILS AND CREDITS
6/22: 250 DAYS OF FULL TILT
6/28: PINBALL TOURNAMENT
6/29 - 7/2: LEGO WEEKEND

What's going on in June 2023 at the arcade? SO MUCH!



Avenger's Weekend April 13th through the 16th!

THANOS IS COMING...

Save the dates

## Subscribe Form

e.g., email@example.com     **Join**

fulltiltlp@gmail.com

f

©2022 by Full Tilt Arcade & Pinball. Proudly created with Wix.com



Home   Gift Cards   Book a Party   Contact Us   Rewards   Games   FAQ   Upcoming Events                    f

**Buy a gift card**

fulltiltlp@gmail.com

f

©2022 by Full Tilt Arcade & Pinball. Proudly created with Wix.com

Document title: Gift Cards | Full Tilt Arcade P
Capture URL: https://www.fulltiltlp.com/gift-cards
Capture timestamp (UTC): Thu, 20 Jul 2023 16:28:28 GMT

Search

Home   Gift Cards   Book a Party   Contact Us   Rewards   Games   FAQ   Upcoming Events   f

# Book Half Tilt Party



HALF TILT
**$133.00**

*THE ARCADE IS OPEN TO THE PUBLIC DURING YOUR PARTY, THE PARTY AREA IS RESERVED PRIVATELY FOR YOUR GROUP

1 HOUR 45 MINUTES LONG
1-24 GUESTS
BRING YOUR OWN FOOD/DRINK
SEATING FOR 24
$150.00 OF GAME PLAY INCLUDED
*THIS PACKAGE IS LIMITED TO PIZZA/BIRTHDAY CAKE -PLEASE NO FULL CATERING

# Book Full Tilt Party



**1 HOUR 45 MINUTES LONG**
**1-24 GUESTS**
**BRING YOUR OWN FOOD/DRINK**
**SEATING FOR 24**
**$150.00 OF GAME PLAY INCLUDED**
*THIS PACKAGE IS LIMITED TO PIZZA/BIRTHDAY CAKE -PLEASE NO FULL CATERING

## Book Full Tilt Party





**$266.00**

*THE ARCADE IS CLOSED TO THE PUBLIC
DURING YOUR PARTY, THE ENTIRE ARCADE
IS RESERVED FOR YOUR GROUP

**1 HOUR 45 MINUTES LONG**
**1-75 GUESTS**
**BRING YOUR OWN FOOD/DRINK**
**SEATING FOR 24**
**$300.00 OF GAME PLAY INCLUDED**
*THIS PACKAGE IS NOT AVAILABLE DURING NORMAL BUSINESS HOURS

fulltiltlp@gmail.com

**f**

©2022 by Full Tilt Arcade & Pinball. Proudly created with Wix.com

Home    Gift Cards    Book a Party    Contact Us    Rewards    Games    FAQ    Upcoming Events

# Contact Us

Name

Email

What's on your mind? (We have a LOT of answers on our FAQ page, but if you can't find what you are looking for there, you're in the right place!)

**Submit**

701 N Fail Rd, La Porte, IN 46350, USA
Directions

Severs Rd    W 200 N    E 200 N    N 90 W

Fishtrap Lake

Fox Memorial Park

Boyd Blvd    Scott I

Keyboard shortcuts    Map data ©2023    500 m    Terms of Use

fulltiltlp@gmail.com

Home    Gift Cards    Book a Party    Contact Us    Rewards    Games    FAQ    Upcoming Events    f

# Contact Us

Name

Email

What's on your mind? (We have a LOT of answers on our FAQ page, but if you can't find what you are looking for there, you're in the right place!)

**Submit**



701 N Fail Rd, La Porte, IN 46350, USA
Directions

fulltiltlp@gmail.com

f

©2022 by Full Tilt Arcade & Pinball. Proudly created with Wix.com

---

Document title: Contact Us | Full Tilt Arcade P
Capture URL: https://www.fulltiltlp.com/blank-1
Capture timestamp (UTC): Thu, 20 Jul 2023 16:29:51 GMT

Page 2 of 2

Home    Gift Cards    Book a Party    Contact Us    Rewards    Games    FAQ    Upcoming Events



fulltiltlp@gmail.com

©2022 by Full Tilt Arcade & Pinball. Proudly created with Wix.com

Home   Gift Cards   Book a Party   Contact Us   Rewards   Games   FAQ   Upcoming Events



fulltiltlp@gmail.com

©2022 by Full Tilt Arcade & Pinball. Proudly created with Wix.com

Document title: Rewards | Full Tilt Arcade P
Capture URL: https://www.fulltiltlp.com/rewards
Capture timestamp (UTC): Thu, 20 Jul 2023 16:30:27 GMT

Home    Gift Cards    Book a Party    Contact Us    Rewards    Games    FAQ    Upcoming Events

# Our current Pinball and Arcade Games on site

**We update this list as often as we can, if you are sincerely driving in from out of town to play something specific, do yourself a favor and call us or email us to make sure it's still with us/working correctly as things do happen!!**



## Pinball

- Apollo 13
- Black Water 100
- Fire!
- Guns N' Roses (LE)
- John Carpenter's Halloween Collector's Edition (2021)
- Jack-Bot
- Jurassic Park (1993)
- Jurassic Park Premium (2019)
- Medieval Madness
- NBA Fast Break
- NBA Fast Break (we have two!)
- Pinball Magic
- The Shadow
- Shaq Attack
- Simpsons
- The Sopranos
- Star Wars
- Terminator 2
- Terminator 3
- Waterworld
- X-Files



## Arcade

- Galaga
- Big Buckhunter Reloaded
- Wrestlemania
- NBA Jam
- Centipede
- LE Mans 24
- Star Wars Trilogy
- Mortal Kombat 4
- Street Fighter Tournament Edition
- Pac Man
- Pac Man cocktail cabinet (60 games)
- Terminator Salvation
- Police Trainer
- Time Crisis 4

## Other

- Skeeball (we have three!)
- Major League Baseball
- Pop-A-Shot Basketball
- Jet Fighter Kiddie Ride
- Pirate Ship Kiddie Ride
- 1UP child size arcade game
- Claw Machines
- Win-a-prize directly from the machine games (that's what we're calling them!)

fulltiltlp@gmail.com

Document title: Games | Full Tilt Arcade P
Capture URL: https://www.fulltiltlp.com/blank-3
Capture timestamp (UTC): Thu, 20 Jul 2023 16:31:03 GMT

Home    Gift Cards    Book a Party    Contact Us    Rewards    Games    FAQ    Upcoming Events

# Our current Pinball and Arcade Games on site

We update this list as often as we can, if you are sincerely driving in from out of town to play something specific, do yourself a favor and call us or email us to make sure it's still with us/working correctly as things do happen!!







## Pinball

- Apollo 13
- Black Water 100
- Fire!
- Guns N' Roses (LE)
- John Carpenter's Halloween Collector's Edition (2021)
- Jack-Bot
- Jurassic Park (1993)
- Jurassic Park Premium (2019)
- Medieval Madness
- NBA Fast Break
- NBA Fast Break (we have two!)
- Pinball Magic
- The Shadow
- Shaq Attack
- Simpsons
- The Sopranos
- Star Wars
- Terminator 2
- Terminator 3
- Waterworld
- X-Files

## Arcade

- Galaga
- Big Buckhunter Reloaded
- Wrestlemania
- NBA Jam
- Centipede
- LE Mans 24
- Star Wars Trilogy
- Mortal Kombat 4
- Street Fighter Tournament Edition
- Pac Man
- Pac Man cocktail cabinet (60 games)
- Terminator Salvation
- Police Trainer
- Time Crisis 4

## Other

- Skeeball (we have three!)
- Major League Baseball
- Pop-A-Shot Basketball
- Jet Fighter Kiddie Ride
- Pirate Ship Kiddie Ride
- 1UP child size arcade game
- Claw Machines
- Win-a-prize directly from the machine games (that's what we're calling them!)

fulltiltlp@gmail.com

©2022 by Full Tilt Arcade & Pinball. Proudly created with Wix.com

Home   Gift Cards   Book a Party   Contact Us   Rewards   Games   FAQ   Upcoming Events

**How Can We Help?**

A few bullet point items right out of the gate:

- No unaccompanied minors. Everyone under 16 years of age must be accompanied by someone over the age of 16.
- No outside food or drink, including chewing gum
- No smoking or vaping
- No scooters, bikes, skateboards, rollerskates, rollerblades, etc inside the building (Full Tilt is not responsible for loss, theft, or damage to personal property left outside of the building)
- No Backpacks
- Full Tilt Arcade & Pinball has a zero-tolerance "No jerks" policy. If you are being rough on the arcade games, being rude to other patrons or the staff, or otherwise being a jerk, you will be asked to leave. Remember, you are on camera :)



**What are your hours?**

Monday - Private bookings only

Tuesday - Private bookings only

Wednesday - Private bookings only

Thursday 3-9

Friday 3-9

Saturday 12-9

Sunday 12-8

There are also private bookings available Thursday-Sunday before we open to the public

*All times Central Standard Time*



Document title: FAQ | Full Tilt Arcade P
Capture URL: https://www.fulltiltp.com/faq
Capture timestamp (UTC): Thu, 20 Jul 2023 16:31:59 GMT



## How much does it cost?

We're on a card system! Cards start at $10 which gives you 40 credits. Most games are 1-4 credits to play. A few of our premium pinball machines are 6 credits to play.







### Is there food/drinks/alcohol?

No booze at this time when we are open to the public! We have a small snack selection and bottled sodas! Private party rentals can bring in birthday cake or have catering (just reach out and ask about your desired caterer). We ask that it is store bought and not ice cream cake, and you can add on to the party so that we'll take care of the tablecloths, plates, napkins, utensils, and the clean up! You can also bring your own decorations, please no glitter, confetti, silly string, or anything that needs an open flame (other than the birthday candles, of course!)



### Can I cancel my party rental?

Once a party is booked, it's unavailable for anyone else to book, so all party booking sales are final. We would be happy to talk to you about rescheduling your party as long as you reach out to us 48 hours before your party. Thank you!



you about rescheduling your party as long as you reach out to us 48 hours before your party. Thank you!



## Can I drop my kids off and leave?

Nope! Persons under the age of 16 may only be in the arcade if they are with someone 16 or older. We do make exceptions all the time in advance, so if you have a very respectful teen that you'd like to drop off and pick up, please get ahold of us with the date and time you'd like to do that and we can try to accommodate your request!



## Is it free just to come into the arcade and look around?

Absolutely. We love when people come to check out the space. That being said, please refer to our no drop offs policy, as we are 100% looking forward to being a great place for people of all ages, but we don't have the capacity to look after unattended minors under the age of 16. Thank you!

fulltiltlp@gmail.com

f

©2022 by Full Tilt Arcade & Pinball. Proudly created with Wix.com



Save the dates

34 views    0 comments



benkonowitz 👑
Dec 30, 2022 · 0 min

## Win a Claw Machine on New Year's Eve @ Midnight!

139 views    0 comments



benkonowitz 👑
Dec 19, 2022 · 0 min

## Winter Break means MORE HOURS at the arcade!

40 views    0 comments



benkonowitz 👑
Dec 2, 2022 · 1 min

## Willy Wonka Weekend!

We're having our own version of the contest from Willy Wonka and the Chocolate Factory! We've crafted 100 different mystery boxes at the...

259 views    0 comments    2 ♡





benkonowitz 👑
Nov 21, 2022 · 3 min

## Thanksgiving Week Special Hours and Events!

Wednesday night! Special Hours 2-8pm! Sign up in person for a free to enter pinball tourney! We're not professionals at pinball and we...

316 views    0 comments



THANKSGIVING DAY 5-9PM
BLACK FRIDAY 3-8PM
SUNDAY 12-8PM

| Thanksgiving | Friday | Sat/Sun |

Planes,
Free Hot
Daily Skee-

Wednesday night! Special Hours 2-8pm! Sign up in person for a free to enter pinball tourney! We're not professionals at pinball and we...

316 views    0 comments

---

benkonowitz
Nov 16, 2022 · 0 min

## Congratulations Oscar, on Employee of the Month!

EMPLOYEE OF THE MONTH
OCTOBER 2022
Oscar Biernacki

36 views    0 comments

---

benkonowitz
Oct 24, 2022 · 1 min

## Open Halloween Night!

In order to accommodate everyone that might want to try their hand at Halloween pinball ON Halloween, we kindly ask you to play one game,...

NIGHT
A VERY SPECIAL, ONE NIGHT ONLY EVENT, OPEN TO THE PUBLIC AT FULL TILT ARCADE & PINBALL!
MONDAY, OCTOBER 31 | 5PM-9PM
• FREE CANDY TO ANYONE IN COSTUME
• HALLOWEEN PINBALL HIGH SCORE OF THE NIGHT WINS A MICHAEL MYERS FUNKO-POP!
• CLAW GAME ONE NIGHT ONLY SPOOKY PRIZES!

42 views    0 comments

---

benkonowitz
Oct 9, 2022 · 1 min

## OPENING WEEKEND!

This Thursday, 10/13-Sunday, 10/16! Doors open for the first time 3 pm Thursday. 701 N. Fail Rd. LaPorte, IN! Please remember, as we are...

93 views    1 comment

---



benkonowitz
Aug 24, 2022 · 1 min

## We're almost there!

65 arcade games including over 20 pinball machines! That is the goal to open with...it's a long process to search out the best games, fix...

LAPORTE
-IN-



**OCTOBER 2022**
Oscar Biernacki

36 views   0 comments

benkonowitz
Oct 24, 2022 · 1 min

## Open Halloween Night!

In order to accommodate everyone that might want to try their hand at Halloween pinball ON Halloween, we kindly ask you to play one game,...

42 views   0 comments

benkonowitz
Oct 9, 2022 · 1 min

## OPENING WEEKEND!

This Thursday, 10/13-Sunday, 10/16! Doors open for the first time 3 pm Thursday. 701 N. Fail Rd. LaPorte, IN! Please remember, as we are...

93 views   1 comment

benkonowitz
Aug 24, 2022 · 1 min

## We're almost there!

65 arcade games including over 20 pinball machines! That is the goal to open with...it's a long process to search out the best games, fix...

122 views   0 comments

fulltiltlp@gmail.com

f

©2022 by Full Tilt Arcade & Pinball. Proudly created with Wix.com

Document title: Upcoming Events | Full Tilt Arcade P
Capture URL: https://www.fulltiltlp.com/events
Capture timestamp (UTC): Thu, 20 Jul 2023 16:32:57 GMT