UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Nickels and Dimes Incorporated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Noah's Arcade, LLC d/b/a Full Tilt, Ben Konowitz, and Ryan Hart,<br><br>　　　　　Defendants. | Civil Action No. 3:23-cv-00699<br><br>**JURY TRIAL DEMANDED** |

## APPEARANCE

Jonathan G. Polak of the law firm of Taft Stettinius & Hollister LLP, who is admitted to practice in this Court, enters his appearance as counsel for Plaintiff, Nickels and Dimes Incorporated, in the above-captioned case.

Dated: July 25, 2023

Respectfully submitted,

TAFT STETTINIUS & HOLLISTER LLP

By */s/ Jonathan G. Polak*
　　Jonathan G. Polak, Atty. No. 21954-49
　　TAFT STETTINIUS & HOLLISTER LLP
　　One Indiana Square, Suite 3500
　　Indianapolis, Indiana  46204
　　Telephone: (317) 713-3500
　　Facsimile:  (317) 713-3699
　　Email: jpolak@taftlaw.com

　　*Attorney for Plaintiff, Nickels and Dimes Incorporated*

128099677v1