UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Nickels and Dimes Incorporated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Noah's Arcade, LLC d/b/a Full Tilt, Ben Konowitz, and Ryan Hart,<br><br>　　　　　　　Defendants. | Civil Action No. 3:23-cv-00699<br><br>**DEMAND FOR JURY TRIAL** |

**PLAINTIFF NICKELS AND DIMES INCORPORATED'S
CORPORATE DISCLOSURE STATEMENT**

　　　　Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Nickels and Dimes Incorporated hereby files its Corporate Disclosure Statement and states that Plaintiff Nickels and Dimes Incorporated has no parent corporation, and no publicly held corporation that owns 10% or more of its stock.

DATED:  July 25, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　TAFT STETTINIUS & HOLLISTER, LLP

　　　　　　　　　　　　　　　　　　 */s/ Jonathan G. Polak*
　　　　　　　　　　　　　　　　　　Jonathan G. Polak, Atty No. 21954-49
　　　　　　　　　　　　　　　　　　TAFT STETTINIUS & HOLLISTER, LLP
　　　　　　　　　　　　　　　　　　One Indiana Square, Suite 3500
　　　　　　　　　　　　　　　　　　Indianapolis, Indiana 46204
　　　　　　　　　　　　　　　　　　Telephone: (317) 713-3500
　　　　　　　　　　　　　　　　　　Facsimile: (317) 713-3699
　　　　　　　　　　　　　　　　　　Email: jpolak@taftlaw.com


　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　Nickels and Dimes Incorporated*

128137402v1