# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| Nickels and Dimes Incorporated | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:23-cv-00699 |
| Noah's Arcade, LLC d/b/a Full Tilt, Ben Konowitz, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Noah's Arcade, LLC d/b/a Full Tilt, Ben Konowitz, and Ryan Hart.

Date: 07/31/2023

/s/ Nicholas T. Otis
*Attorney's signature*

Nicholas T. Otis, #27992-64
*Printed name and bar number*

Newby, Lewis, Kaminski & Jones, LLP
916 Lincolnway
La Porte, IN 46350
*Address*

ntotis@nlkj.com
*E-mail address*

(219) 362-1577
*Telephone number*

(219) 362-2106
*FAX number*