UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Nickels and Dimes Incorporated,<br><br>                      Plaintiff,<br><br>v.<br><br>Noah's Arcade, LLC d/b/a Full Tilt, Ben Konowitz, and Ryan Hart,<br><br>                      Defendants. | Civil Action No. 3:23-cv-00699-DRL-MGG |

## **APPEARANCE**

    Vivek R. Hadley of the law firm of Taft Stettinius & Hollister LLP, who is admitted to practice in this Court, enters his appearance as counsel for Plaintiff, Nickels and Dimes Incorporated, in the above-captioned case.

Dated: July 31, 2023

Respectfully submitted,

TAFT STETTINIUS & HOLLISTER LLP

By */s/ Vivek R. Hadley*
    Vivek R. Hadley, Atty. No. 32620-53
    TAFT STETTINIUS & HOLLISTER LLP
    One Indiana Square, Suite 3500
    Indianapolis, Indiana 46204
    Telephone: (317) 713-3500
    Facsimile:  (317) 713-3699
    Email: vhadley@taftlaw.com

    *Attorney for Plaintiff, Nickels and Dimes Incorporated*

128220346v1

## **CERTIFICATE OF SERVICE**

I certify that on July 31, 2023, I have electronically filed the foregoing Appearance utilizing the Court's CM/ECF filing system which sent notification of such filing to all registered counsel of record.

        */s/ Vivek R. Hadley*
        Vivek R. Hadley