UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NICKELS AND DIMES INCORPORATED, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NOAH'S ARCADE, LLC D/B/A FULL TILT, )<br>BEN KONOWITZ, and RYAN HART, )<br>    Defendants. ) | Case No. 3:23-cv-00699 |

### NOTICE OF INITIAL EXTENSION OF TIME

Defendants, by counsel, hereby advise the Court that counsel for Plaintiff has consented, pursuant to Local Rule 6-1, to an initial enlargement of time for Defendants to answer or otherwise plead to Plaintiff's Complaint. Under the parties' agreement, Defendants' answer or responsive pleading will now be due on or before September 13, 2023. A Case Management Plan has not yet been entered for this case, nor have any hearings or other deadlines been set.

NEWBY LEWIS KAMINSKI & JONES, LLP

By: /s/ Nicholas T. Otis
Nicholas T. Otis, #27992-64
916 Lincolnway
LaPorte, IN 46350
Telephone: (219) 362-1577
Fax: (219) 362-2106
ntotis@nlkj.com
Attorney for Defendants