LOCATIONS ▾   PARTIES & EVENTS ▾   CORPORATE ▾   PLAY CARDS   SPECIALS ▾   CONTACT ▾

# TILT STUDIO LOCATIONS

Tilt Studio and Tilted 10 have 13 family-friendly locations throughout the United States. Activities and attractions vary at each center, click on a specific location to learn more.

## TILT STUDIO LOCATIONS


**ALTOONA, PA**
Logan Valley Mall


**BEAUMONT, TX**
Parkdale Mall


**FLORENCE, SC**
Magnolia Mall


**HAGERSTOWN, MD**
Valley Mall


**INDIANAPOLIS, IN**
Circle Centre Mall


**JOPLIN, MO**
Northpark Mall


**KATY, TX**
Katy Mills Mall


**MINOT, ND**
Dakota Square Mall


**MONROE, LA**
Pecanland Mall


**NEWPORT NEWS, VA**
Patrick Henry Mall


**SIOUX CITY, IA**
Southern Hills Mall


**ST. CLAIRSVILLE, OH**
Ohio Valley Mall


**TEMPE, AZ**
Arizona Mills


**WACO, TX**
Richland Mall

## TILTED 10 LOCATIONS




## LOCATIONS COMING SOON




---

Document title: Locations - Tilt Studio
Capture URL: https://tiltstudio.com/locations/
Capture timestamp (UTC): Thu, 20 Jul 2023 18:55:00 GMT

Exhibit 4

Page 1 of 4


   

LOCATIONS  PARTIES & EVENTS  CORPORATE  PLAY CARDS  SPECIALS  CONTACT

USDC IN/ND case 3:23-cv-00699-CCB-SJF  document 10-4  filed 09/05/23  page 2 of 8

**ROCKFORD, IL**   **WILLOW GROVE**   **BISMARCK, ND**   **WICHITA FALLS, TX**

## TILT AMUSEMENT CENTERS

These mini arcade centers are not the full Tilt experience but they still pack a fun punch.



**TRACY, CA**
West Valley Mall
3200 North Naglee Road
Tracy, CA 95304



**WEST COVINA, CA**
The Plaza at West Covina
531 Plaza Drive
West Covina, CA 91790



**HILO, HI**
Prince Kuhio Plaza
111 East Puainako St
Hilo, HI 96720



**AIEA, HI**
Pearlridge Center (2 Centers)
98-1005 Moanalua Road
Aiea, HI 96701

## VIP PROGRAM

Admission to Tilt Studio is FREE! In order to play games or go on rides, you will need to purchase a Tilt Studio Play Card that can be used at all attractions and video games. The price of each game or attraction will be automatically deducted from your Play Card every time it is swiped. You may put as much or as little money on your Play Card as you would like to spend. You may also reload your Play Card as often as you would like.

When you purchase your Play Card, be sure to register it by giving us your name, address and email address. That way, once you have an accumulative balance of 1200 points on your registered card you can upgrade your card to a VIP card and enjoy 10% off all games and attractions!



## WHO IS TILT STUDIO?

Tilt studios are action-packed family fun centers, located throughout the nation! Each center is



Document title: Locations - Tilt Studio
Capture URL: https://tiltstudio.com/locations/
Capture timestamp (UTC): Thu, 20 Jul 2023 18:55:00 GMT

Page 2 of 4



LOCATIONS ▾    PARTIES & EVENTS ▾    CORPORATE ▾    PLAY CARDS    SPECIALS ▾    CONTACT ▾



action-packed family fun centers, located throughout the nation! Each center is 25,000 to 100,000 square feet of indoor family fun with attractions like blacklight laser tag, spin, and flip zone bumper cars, amusement rides, blacklight mini-golf, laser frenzy, over 150+ arcade and video games, pinball, and virtual reality!

In addition to the fun, Tilt Studio has party rooms for birthdays, group gatherings, special events, and corporate events. Our flexible event spaces accommodate small and large gatherings. Whether you are looking to host a team building event, youth or adult group gathering, non-profit fundraiser, special event, or birthday party, Tilt Studio can accommodate your event with packages designed to fit your budget.

## OUR STORY



Our parent company Nickels and Dimes Incorporated was established in 1972 at Six Flags Mall in Arlington, TX. The success of the early Gold Mine and Tilt arcades have evolved into the Tilt Studio and Tilted 10 facilities. While our size has changed, our primary focus is still for families of all ages to have fun and provide a high quality experience.



**Tilt Studio Locations**

### CORPORATE CONTACT

**Nickels and Dimes Incorporated**

📍 1844 N Preston Road, Celina, TX 75009

📞 (972) 939-4200

### QUICK LINKS

About
Play Cards
Jobs
Contact


...mper cars, amusement rides, blacklight mini-golf, laser frenzy, over 150+ arcade and video games, pinball, and virtual reality!

In addition to the fun, Tilt Studio has party rooms for birthdays, group gatherings, special events, and corporate events. Our flexible event spaces accommodate small and large gatherings. Whether you are looking to host a team building event, youth or adult group gathering, non-profit fundraiser, special event, or birthday party, Tilt Studio can accommodate your event with packages designed to fit your budget.



## OUR STORY

Our parent company Nickels and Dimes Incorporated was established in 1972 at Six Flags Mall in Arlington, TX. The success of the early Gold Mine and Tilt arcades have evolved into the Tilt Studio and Tilted 10 facilities. While our size has changed, our primary focus is still for families of all ages to have fun and provide a high quality experience.





**Tilt Studio Locations**

### CORPORATE CONTACT

**Nickels and Dimes Incorporated**

📍 1844 N Preston Road, Celina, TX 75009

📞 (972) 939-4200

### QUICK LINKS

About
Play Cards
Jobs
Contact

©2022 Nickels and Dimes Incorporated | All Rights Reserved



Document title: Fun at full Blast | Tilt Studios
Capture URL: https://tiltstudio.com/
Capture timestamp (UTC): Thu, 20 Jul 2023 18:56:15 GMT
Page 1 of 4

LOCATIONS    PARTIES & EVENTS    CORPORATE    PLAY CARDS    SPECIALS    CONTACT

# TONS OF FUN FOR ALL AGES!

Tilt Studio's are action-packed family fun centers, located throughout the nation! Each center is 25,000 to 100,000 square feet of indoor family fun with attractions like black light laser tag, spin and flip zone bumper cars, amusement rides, black light mini golf, laser frenzy, over 150+ arcade and video games, pinball, and virtual reality!

In addition to the fun, Tilt Studio has party rooms for birthdays, group gatherings, special events, and corporate events. Our flexible event spaces accommodate small and large gatherings. Whether you are looking to host a team-building event, youth or adult group gathering, non-profit fundraiser, special event, or birthday party, Tilt Studio can accommodate your event with packages designed to fit your budget.



## NEW TILTED 10 LOCATION
**Now Open**



**Locations Coming Soon**




LOCATIONS   PARTIES & EVENTS   CORPORATE   PLAY CARDS   SPECIALS   CONTACT






## JOIN OUR TEAM

Imagine a job where you get to work with your friends. A job with competitive pay, flexible scheduling, and you get to make people smile. Surround yourself with fun and happiness. Check out all the Tilt Studio locations that are hiring now!

**Learn More and Apply**



### BIRTHDAY PARTIES
BEST BIRTHDAY PARTIES

Book Now

### GROUP EVENTS
PERFECT FOR GROUPS

Book Now

### CORPORATE EVENTS
GET OUT OF THE OFFICE

Book Now

NO WALK-IN BIRTHDAY PARTIES ALLOWED. AT TILT STUDIO, WE WANT TO HOST THE BEST PARTIES & FOR THIS REASON, WE CANNOT ALLOW OUTSIDE FOOD OR PARTY ITEMS INTO OUR STUDIOS. OUR TEAM IS HAPPY TO BOOK YOU A PARTY, WHERE CAKE & DECORATION ARE ALLOWED.



LOCATIONS    PARTIES & EVENTS    CORPORATE    PLAY CARDS    SPECIALS    CONTACT



NO WALK-IN BIRTHDAY PARTIES ALLOWED. AT TILT STUDIO, WE WANT TO HOST THE BEST PARTIES & FOR THIS REASON, WE CANNOT ALLOW OUTSIDE FOOD OR PARTY ITEMS INTO OUR STUDIOS. OUR TEAM IS HAPPY TO BOOK YOU A PARTY, WHERE CAKE & DECORATION ARE ALLOWED.

## VIP PROGRAM

Admission to Tilt Studio is FREE! In order to play games or go on rides, you will need to purchase a Tilt Studio Play Card that can be used at all attractions and video games. The price of each game or attraction will be automatically deducted from your Play Card every time it is swiped. You may put as much or as little money on your Play Card as you would like to spend. You may also reload your Play Card as often as you would like.

When you purchase your Play Card, be sure to register it by giving us your name, address and email address. That way, once you have an accumulative balance of 1200 points on your registered card you can upgrade your card to a VIP card and enjoy 10% off all games and attractions!





**Tilt Studio Locations**

### CORPORATE CONTACT

**Nickels and Dimes Incorporated**

1844 N Preston Road, Celina, TX 75009

(972) 939-4200

### QUICK LINKS

About
Play Cards
Jobs
Contact

©2022 Nickels and Dimes Incorporated | All Rights Reserved