PageVault

| | |
|---|---|
| Document title: | ICANN Lookup |
| Capture URL: | https://lookup.icann.org/en/lookup |
| Page loaded at (UTC): | Thu, 20 Jul 2023 19:02:00 GMT |
| Capture timestamp (UTC): | Thu, 20 Jul 2023 19:02:49 GMT |
| Capture tool: | 10.26.9 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.215 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | oejEtF6ZvRvupcxerzufmH |
| User: | taftlaw-bwalz |

Exhibit 6

PDF REFERENCE #:    ekbAT7i6yShxHivkfxQVsk

| | | English | Français | Русский | Español |
|---|---|---|---|---|---|

# ICANN LOOKUP

## Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)    Frequently Asked Questions (FAQ)

[ fulltiltlp.com ]    [ **Lookup** ]

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service and the registration data lookup tool Terms of Use.

---

### Domain Information

**Name:** FULLTILTLP.COM

**Registry Domain ID:** 2717228614_DOMAIN_COM-VRSN

**Domain Status:**
clientTransferProhibited

**Nameservers:**
NS10.WIXDNS.NET
NS11.WIXDNS.NET

### Dates

**Registry Expiration:** 2023-08-10 17:40:40 UTC

**Updated:** 2022-08-26 20:08:27 UTC

**Created:** 2022-08-10 17:40:40 UTC

---

### Contact Information

#### Registrant:

**Handle:** APZf75nWEv4OsJymfbiiESCtDU_tPC-St3V925w6hGTK7JVLOOaIVCSNNl2sV3owqVuhjmqaLdgi

**Name:** Contact Privacy Inc. Customer 7151571251

**Organization:** Contact Privacy Inc. Customer 7151571251

**Email:** contact-registrant@google.com

**Phone:** tel:+1.4165385487

**Mailing Address:** 96 Mowat Ave, Toronto, ON, M4K 3K1

**ISO-3166 Code:** CA

#### Administrative:

**Handle:** APZf75nh7Fbodx6JARmeL7PdWzZr3ykmOo1D699bIScjqi-Qbc37i_blxJdqfKQBo0rkcAVFLkk-

**Name:** Contact Privacy Inc. Customer 7151571251

**Organization:** Contact Privacy Inc. Customer 7151571251

**Email:** contact-registrant@google.com

**Phone:** tel:+1.4165385487

**Mailing Address:** 96 Mowat Ave, Toronto, ON, M4K 3K1

**ISO-3166 Code:** CA

#### Technical:

**Email:** contact-registrant@google.com

**Phone:** tel:+1.4165385487

**Mailing Address:** 96 Mowat Ave, Toronto, ON, M4K 3K1

**ISO-3166 Code:** CA

## Technical:

**Handle:** APZf75mX1duDzW9xgeRKlWAHL2eHQRRI_VyQ7UCsPaPadRVc05-qJ0FDC-D6qg1RzBYsOeijAub8

**Name:** Contact Privacy Inc. Customer 7151571251

**Organization:** Contact Privacy Inc. Customer 7151571251

**Email:** contact-registrant@google.com

**Phone:** tel:+1.4165385487

**Mailing Address:** 96 Mowat Ave, Toronto, ON, M4K 3K1

**ISO-3166 Code:** CA

## Registrar Information

**Name:** Google LLC

**IANA ID:** 895

**Abuse contact email:** registrar-abuse@google.com

**Abuse contact phone:** tel:+1.8772376466

## DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/fulltiltlp.com

**Last updated from Registry RDAP DB:** 2023-07-20 19:01:57 UTC

**Registrar Server URL:** https://domainsrdap.googleapis.com/v1/domain/FULLTILTLP.COM

**Last updated from Registrar RDAP DB:** 2023-07-20 19:02:10 UTC

## Notices and Remarks

### Notices:

**RDAP Terms of Service**

This data is provided by Google for information purposes, and to assist persons obtaining information about or related to domain name registration records.
Google does not guarantee its accuracy.
By submitting an RDAP query, you agree that you will use this data only for lawful purposes and that, under no circumstances, will you use this data to:
1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via email (spam);
2) enable high volume, automated, electronic processes that apply to this RDAP server.
Google reserves the right to restrict or deny your access to the RDAP database.
These terms may be changed without prior notice.
By submitting this query, you agree to abide by these terms.

https://payments.google.com/payments/apis-secure/get_legal_document?ldt=domainsrdap-tos&ldl=en&ldr=US

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

---

Document title: ICANN Lookup
Capture URL: https://lookup.icann.org/en/lookup
Capture timestamp (UTC): Thu, 20 Jul 2023 19:02:49 GMT

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/fulltiltlp.com

**Last updated from Registry RDAP DB:** 2023-07-20 19:01:57 UTC

**Registrar Server URL:** https://domainsrdap.googleapis.com/v1/domain/FULLTILTLP.COM

**Last updated from Registrar RDAP DB:** 2023-07-20 19:02:10 UTC

## Notices and Remarks

### Notices:

**RDAP Terms of Service**

This data is provided by Google for information purposes, and to assist persons obtaining information about or related to domain name registration records.

Google does not guarantee its accuracy.

By submitting an RDAP query, you agree that you will use this data only for lawful purposes and that, under no circumstances, will you use this data to:

1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via email (spam);

2) enable high volume, automated, electronic processes that apply to this RDAP server.

Google reserves the right to restrict or deny your access to the RDAP database.

These terms may be changed without prior notice.

By submitting this query, you agree to abide by these terms.

https://payments.google.com/payments/apis-secure/get_legal_document?ldt=domainsrdap-tos&ldl=en&ldr=US

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf

https://www.icann.org/wicf

### Raw Registry RDAP Response

### Raw Registrar RDAP Response

| | | | | | | |
|---|---|---|---|---|---|---|
| Youtube | Twitter | Linkedin | Flickr | Facebook | Newsletters | Community Wiki | ICANN Blog |

**WHO WE ARE**
- Get started
- ICANN Learn
- Participate
- Diversity at ICANN
- Groups
- Board
- CEO Corner
- Staff
- Careers
- Public Responsibility

**CONTACT US**
- Locations
- I Need Help
- Report Security Issues
- Certificate Authority
- Registry Liaison
- Ombudsman
- Complaints Office
- For Journalists

**ACCOUNTABILITY AND TRANSPARENCY**
- Governance Documents
- Accountability Mechanisms
- Document Disclosure
- Independent Review Process
- Request for Reconsideration
- Empowered Community
- Employee Anonymous Hotline Policy and Procedures

**GOVERNANCE**
- Governance Documents
- Agreements
- Organizational Reviews
- Specific Reviews
- Annual Report
- Financials
- Planning
- RFPs
- Litigation
- Correspondence

**HELP**
- Dispute Resolution
- Domain Name Dispute Resolution
- Name Collision
- ICANN Lookup

**DATA PROTECTION**
- Data Privacy Practices
- Privacy Policy
- Terms of Service
- Cookies Policy

© Internet Corporation for Assigned Names and Numbers.    Privacy Policy    Terms of Service    Cookies Policy

Document title: ICANN Lookup
Capture URL: https://lookup.icann.org/en/lookup
Capture timestamp (UTC): Thu, 20 Jul 2023 19:02:49 GMT                                   Page 3 of 3