**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS     DOCUMENTS                                                          **Back to Search**        Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2023-09-01 13:01:15 EDT |
| Mark: | FULL TILT |

# FULL TILT

| | | | |
|---|---|---|---|
| US Serial Number: | 98112919 | Application Filing Date: | Aug. 02, 2023 |
| Filed as TEAS Plus: | Yes | Currently TEAS Plus: | Yes |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |
| TM5 Common Status Descriptor: |  | | LIVE/APPLICATION/Awaiting Examination<br><br>The trademark application has been accepted by the Office (has met minimum filing requirements) and has not yet been assigned |
| Status: | New application awaiting assignment to an examining attorney. **See current trademark processing wait ti** | | |
| Status Date: | Aug. 05, 2023 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | FULL TILT |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Amusement centers | | |
| International Class(es): | 041 - Primary Class | U.S Class(es): | 100, 101, 107 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Jun. 10, 2022 | Use in Commerce: | Sep. 14, 2022 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |

| | | | |
|---|---|---|---|
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Noah's Arcade, LLC |
| **Owner Address:** | 701 N Fail Rd<br>LaPorte, INDIANA UNITED STATES 46350 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | INDIANA |

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | NOAH'S ARCADE, LLC<br>701 N FAIL RD<br>LAPORTE, INDIANA UNITED STATES 46350 |
| **Phone:** | 2193631864 |
| **Correspondent e-mail:** | ryan@fulltiltfun.com<br>notifications@trademarkengine.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 07, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Aug. 05, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Aug. 05, 2023 |

## Assignment Abstract Of Title Information - None recorded

## Proceedings - None recorded