**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS                                               Back to Search    Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2023-09-01 12:59:40 EDT |
| Mark: | FULL TILT |



| | | | |
|---|---|---|---|
| US Serial Number: | 98111270 | Application Filing Date: | Aug. 01, 2023 |
| Filed as TEAS Plus: | Yes | Currently TEAS Plus: | Yes |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |
| TM5 Common Status Descriptor: |  | | LIVE/APPLICATION/Awaiting Examination  The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned |
| Status: | New application awaiting assignment to an examining attorney. See current trademark processing wait ti... | | |
| Status Date: | Aug. 04, 2023 | | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | FULL TILT |
| Standard Character Claim: | No |
| Mark Drawing Type: | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| Description of Mark: | The mark consists of FULL TILT with gaming controller and skull with lightning in background. |
| Color(s) Claimed: | Color is not claimed as a feature of the mark. |
| Design Search Code(s): | 01.15.02 - Lightning; Sparks (jagged lines); Electricity  02.11.10 - Human skeletons, parts of skeletons, bones, skulls; Skulls, human; Bones, human  15.05.25 - Joysticks; Game controllers; Controllers for video and computer games; Remote controls; Contro... |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Amusement arcade services | | |
| International Class(es): | 041 - Primary Class | U.S Class(es): | 100, 101, 107 |

| | | | |
|---|---|---|---|
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | May 10, 2022 | **Use in Commerce:** | Sep. 13, 2022 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | Noah's Arcade LLC | | |
| **Owner Address:** | 701 N Fail Rd<br>LaPorte, INDIANA UNITED STATES 46350 | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | INDIANA |

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | NOAH'S ARCADE LLC<br>701 N FAIL RD<br>LAPORTE, INDIANA UNITED STATES 46350 | | |
| **Phone:** | 2193631864 | | |
| **Correspondent e-mail:** | ryan@fulltiltfun.com<br>notifications@trademarkengine.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 31, 2023 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Aug. 30, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Aug. 04, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | |
|---|---|
| **Current Location:** NEW APPLICATION PROCESSING | **Date in Location:** Aug. 04, 2023 |

**Assignment Abstract Of Title Information - None recorded**

**Proceedings - None recorded**