PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98112919**
**Filing Date: 08/02/2023**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | FULL TILT |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | FULL TILT |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Noah's Arcade, LLC |
| *MAILING ADDRESS | 701 N Fail Rd |
| *CITY | LaPorte |
| *STATE (Required for U.S. applicants) | Indiana |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 46350 |
| PHONE | 2193631864 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | LIMITED LIABILITY COMPANY |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Indiana |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 041 |
| *IDENTIFICATION | Amusement centers |

Exhibit 10

| | |
|---|---|
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 06/10/2022 |
| FIRST USE IN COMMERCE DATE | At least as early as 09/14/2022 |
| SPECIMEN<br>FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT<br>18\981\129\98112919\xml1 \ FTK0003.JPG |
| SPECIMEN DESCRIPTION | Business Card |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Noah's Arcade, LLC |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | ryan@fulltiltfun.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | notifications@trademarkengine.com |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | /Ryan Hart/ |
| * SIGNATORY'S NAME | Ryan Hart |
| * SIGNATORY'S POSITION | Owner |
| SIGNATORY'S PHONE NUMBER | 219-363-1864 |
| * DATE SIGNED | 08/02/2023 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98112919**
**Filing Date: 08/02/2023**

## To the Commissioner for Trademarks:

**MARK:** FULL TILT (Standard Characters, see mark)
The literal element of the mark consists of FULL TILT. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Noah's Arcade, LLC, a limited liability company legally organized under the laws of Indiana, having an address of

   701 N Fail Rd
   LaPorte, Indiana 46350
   United States
   2193631864(phone)
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 041:  Amusement centers

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 06/10/2022, and first used in commerce at least as early as 09/14/2022, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Business Card.
Specimen File1

Webpage URL: None Provided
Webpage Date of Access: None Provided

The applicant's current Correspondence Information:

   Noah's Arcade, LLC
   PRIMARY EMAIL FOR CORRESPONDENCE: ryan@fulltiltfun.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): notifications@trademarkengine.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

## Declaration

☑ **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Ryan Hart/   Date: 08/02/2023
Signatory's Name: Ryan Hart
Signatory's Position: Owner
Signatory's Phone Number: 219-363-1864
Signature method: Sent to third party for signature
Payment Sale Number: 98112919
Payment Accounting Date: 08/02/2023

Serial Number: 98112919
Internet Transmission Date: Wed Aug 02 10:18:25 ET 2023
TEAS Stamp: USPTO/FTK-XXXX:XXX:XXX:XXX:XXXX:XXXX:XXX
X:XXXX-20230802101826179867-98112919-860
de96edb389f169defcb6d62d7f224b9a2aae3146
61faa114afd3113995fa2129-CC-18256517-202
30801155841553275

# FULL TILT

