UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| NICKELS AND DIMES INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.   3:23-cv-699 |
| v. | ) | |
| | ) | |
| NOAH'S ARCADE, LLC d/b/a FULL TILT, | ) | |
| BEN KONOWITZ, AND RYAN HART | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO CONTINUE RULE 16 PRELIMINARY PRETRIAL CONFERENCE

Defendants, Noah's Arcade, LLC d/b/a Full Tilt, Ben Konowitz, and Ryan Hart (collectively "the Defendants"), by counsel, Nicholas T. Otis, of NEWBY LEWIS KAMINSKI & JONES, LLP, file their Motion to Continue the telephonic Rule 16 Preliminary PreTrial Conference and in support states:

1.     This case is currently set for a telephonic Rule 16 Preliminary PreTrial Conference on Wednesday, November 29, 2023 at 11:15 a.m. (E.D.T.)

2.     Defendants' counsel, Nicholas T. Otis is scheduled for a medical procedure on Wednesday, November 29, 2023 so he will not be able to attend the telephonic Rule 16 Preliminary PreTrial Conference.

3.     Defense counsel requests a brief continuance.

4.     This motion is brought in good faith and not for the purpose of causing undue delay or prejudice to any party.

Page 1 of 2

WHEREFORE, Defendants, by counsel, respectfully request this Court to reschedule the telephonic Rule 16 Preliminary PreTrial Conference.

**NEWBY LEWIS KAMINSKI & JONES, LLP**

By:     /s/ Nicholas T. Otis
        Nicholas T. Otis, #27992-64
        916 Lincolnway
        LaPorte, IN 46350
        Telephone: (219) 362-1577
        Fax: (219) 362-2106
        ntotis@nlkj.com
        Attorney for Defendants