UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NICKELS AND DIMES INCORPORATED, | |
| Plaintiff, | |
| v. | CASE NO. 3:23-CV-699-DRL-MGG |
| NOAH'S ARCADE, LLC, et al., | |
| Defendants. | |

### ORDER

General Order 2023-06 of the Northern District of Indiana requires parties to provide adequate notice regarding their corporate interests. The requirements set forth in the General Order supplement the disclosure requirements of Fed. R. Civ. P. 7.1. *See* General Orders, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA, https://www.innd.uscourts.gov/usdc-general-orders (last visited June 12, 2023).

As of this date, neither Plaintiff Nickels and Dimes Incorporated nor Defendant Noah's Arcade LLC has complied fully with the requirements of General Order 2023-06. Accordingly, both are **ORDERED** to file a fully compliant corporate disclosure statement on or before **December 19, 2023**.

**SO ORDERED** this 6th day of December 2023.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge