UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NICKELS AND DIMES INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.   3:23-cv-699 |
| v. ) | |
| ) | |
| NOAH'S ARCADE, LLC d/b/a FULL TILT, ) | |
| BEN KONOWITZ, AND RYAN HART ) | |
| ) | |
| Defendants. ) | |

---

### DEFENDANT NOAH'S ARCADE, LLC d/b/a FULL TILT'S CORPORATE DISCLOSURE STATEMENT

---

Pursuant to Fed. Rule Civ. Pro. Rule 7.1, Defendant Noah's Arcade, LLC d/b/a Full Tilt ("Full Tilt") makes the following disclosures:

1. Full Tilt is a private non-governmental corporate party.

2. Full Tilt does not have any parent corporations.

3. No parent corporation or publicly held corporation owns 10% or more of Full Tilt stock.

4. At this time, the Defendants are not aware of any insurance carrier that may be liable in whole or in part for a judgment in the action or for the cost of defense.

5. The Defendants are not aware of any additional disclosures required under General Order 2023-06, Fed. R. Civ. P. 7.1.

6. The Plaintiff has alleged the basis for federal jurisdiction in their Amended Complaint, ¶ 3. <u>See</u> Amended Complaint – Dkt. # 10.

Date: <u>December 12, 2023</u>

                                     **NEWBY LEWIS KAMINSKI & JONES, LLP**

                                     By: <u>/s/ Nicholas T. Otis</u>
                                                Nicholas T. Otis, #27992-64
                                                916 Lincolnway
                                                LaPorte, IN 46350
                                                Telephone: (219) 362-1577
                                                Fax: (219) 362-2106
                                                ntotis@nlkj.com
                                                Attorney for Defendants