# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Nickels and Dimes Incorporated,<br><br>                   Plaintiff,<br><br>v.<br><br>Noah's Arcade, LLC d/b/a Full Tilt, Ben Konowitz, and Ryan Hart,<br><br>                   Defendants. | Case No. 3:23-CV-699-DRL-MGG<br><br>**PLAINTIFF'S SUPPLEMENTAL CORPORATEE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Nickels and Dimes Incorporated ("NDI") makes the following corporate disclosure:

1. NDI is a private non-governmental corporate party.

2. NDI does not have any parent corporation.

3. No parent corporation or publicly held corporation owns 10% or more of NDI's stock.

4. Plaintiff Nickels and Dimes Incorporated is not aware of any insurance carrier that may be liable in whole or in part for a judgment in the action or for the cost of the defense.

5. Plaintiff is not aware of any additional disclosures required under General Order 2023-06, Fed. R. Civ. P. 7.1.

6. Plaintiff has alleged the basis for federal jurisdiction in its Amended Complaint. (DKT #10).

Dated: December 13, 2023                            Respectfully submitted,

                                                                          */s/Bradley J. Walz*<br>
                                                                          Bradley J. Walz, *pro hac vice*<br>
                                                                          Taft Stettinius & Hollister, LLP

        220 IDS Center
        80 South Eighth Street
        Minneapolis, MN 55402
        Phone: (612) 977-8400
        Facsimile: (612) 977-8650
        Email: bwalz@taftlaw.com

        Jonathan G. Polak, 21954-49
        Christine A. Walsh, 36444-45
        TAFT STETTINIUS & HOLLISTER, LLP
        One Indiana Square, Suite 3500
        Indianapolis, Indiana 46204
        Phone: (317) 713-3500
        Facsimile: (317) 713-3699
        Email: jpolak@taftlaw.com
               cwalsh@taftlaw.com

        *Attorneys for Plaintiff, Nickels and Dimes Incorporated*