# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| NICKELS AND DIMES INCORPORATED, | |
| Plaintiff, | |
| v. | CASE NO. 3:23-CV-699-DRL-MGG |
| NOAH'S ARCADE, LLC, et al., | |
| Defendants. | |

### ORDER

The Court's Rule 16(b) Scheduling Order entered on December 5, 2023, ordered the parties to name a mediator by December 29, 2023. [DE 21 at 4-5]. As of this date, nothing has been filed to suggest that the parties have named a mediator. Therefore, the parties are **ORDERED** to file a notice of selection of a mediator *instanter*. If nothing is filed by **January 12, 2024**, the Court will take steps necessary to appoint a mediator.

**SO ORDERED** this 2nd day of January 2024.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge