UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NICKELS AND DIMES INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.  3:23-cv-699 |
| v. ) | |
| ) | |
| NOAH'S ARCADE, LLC d/b/a FULL TILT, ) | |
| BEN KONOWITZ, AND RYAN HART ) | |
| ) | |
| Defendants. ) | |

_____

### NOTICE OF SELECTION OF MEDIATOR
_____

Defendants, Noah's Arcade, LLC d/b/a Full Tilt, Ben Konowitz, and Ryan Hart (collectively "the Defendants"), by counsel, Nicholas T. Otis, of **NEWBY LEWIS KAMINSKI & JONES, LLP,** hereby notifies the Court that counsel for all parties have agreed to the selection of John D. LaDue of SouthBank Legal as mediator in this case.

**NEWBY LEWIS KAMINSKI & JONES, LLP**

By:   /s/ Nicholas T. Otis
      Nicholas T. Otis, #27992-64
      916 Lincolnway
      LaPorte, IN 46350
      Telephone: (219) 362-1577
      Fax: (219) 362-2106
      ntotis@nlkj.com
      Attorney for Defendants