UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

NICKELS AND DIMES INCORPORATED, )
    Plaintiff, )
                           )
v. )       Case No. 3:23-cv-00699
                           )
NOAH'S ARCADE, LLC D/B/A FULL TILT, )
BEN KONOWITZ, and RYAN HART, )
    Defendants. )

## MOTION TO WITHDRAW APPEARANCE FOR DEFENDANTS

Nicholas T. Otis of NEWBY LEWIS KAMINSKI & JONES, LLP, moves to withdraw their Appearance for Defendants, and in support states:

1. On July 31, 2023, the undersigned entered his Appearance on behalf of Defendants Noah's Arcade, LLC d/b/a Full Tilt, Ben Konowitz, and Ryan Hart [DE 5].

2. On January 16, 2024, Lyle R. Hardman of Hunt Suedhoff Kearney, LLP entered his Appearance on behalf of Defendants Noah's Arcade, LLC d/b/a Full Tilt, Ben Konowitz, and Ryan Hart [DE # 28].

3. Since the entry of appearance by Lyle R. Hardman, the services of the undersigned as attorney for the defendants are no longer necessary.

FOR ALL THE ABOVE REASONS, Nicholas T. Otis of NEWBY LEWIS KAMINSKI & JONES, LLP respectfully requests the Court to withdraw their Appearance on behalf of the Defendants and for all other just and proper relief in the premises.

NEWBY LEWIS KAMINSKI & JONES, LLP

By /s/ Nicholas T. Otis
    Nicholas T. Otis, #27992-64
    916 Lincolnway
    La Porte, Indiana 46350
    Telephone: 219-362-1577
    NTOtis@nlkj.com