# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Nickels and Dimes Incorporated, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 3:23-CV-699-DRL-MGG |
| ) | |
| Noah's Arcade, LLC d/b/a Full Tilt, ) | |
| Ben Konowitz, and Ryan Hart, ) | |
| ) | |
| *Defendants*. ) | |

## JOINT MOTION TO ENTER STIPULATED PROTECTIVE ORDER

Plaintiff Nickels and Dimes Incorporated and Defendants Noah's Arcade, LLC d/b/a/ Full Tilt, Ben Konowitz, and Ryan Hart respectfully request that the Court enter the Stipulated Protective Order (attached as Exhibit 1) to facilitate document disclosure and production in this matter and to protect the parties' confidential, proprietary, and/or business information.

Dated: March 13, 2024

/s/Lyle R. Hardman
Lyle R. Hardman, 16056-49
HUNT SUEDHOFF KEARNEY LLP
803 Calhoun Street, Suite 900
P.O. Box 4156
Fort Wayne, Indiana 46858
Phone: (260) 423-1311
Facsimile: (260) 424-5396
Email: lhardman@hsk-law.com

*Attorney for Defendants*

Respectfully submitted,

/s/Jonathan G. Polak
Bradley J. Walz, *pro hac vice*
TAFT STETTINIUS & HOLLISTER, LLP
220 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Phone: (612) 977-8400
Facsimile: (612) 977-8650
Email: bwalz@taftlaw.com

Jonathan G. Polak, 21954-49
Vivek R. Hadley, 36260-5
Christine A. Walsh, 36444-45
TAFT STETTINIUS & HOLLISTER, LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204

Phone: (317) 713-3500
Facsimile: (317) 713-3699
Email: jpolak@taftlaw.com
       cwalsh@taftlaw.com

*Attorneys for Plaintiff Nickels and Dimes Incorporated*