# EXHIBIT A-3

**Walsh, Christine**

| | |
|---|---|
| **From:** | Nicholas Otis <ntotis@nlkj.com> |
| **Sent:** | Tuesday, January 9, 2024 5:28 PM |
| **To:** | Walz, Bradley J. |
| **Cc:** | Polak, Jonathan; Walsh, Christine |
| **Subject:** | RE: Nickels and Dimes Incorporated v. Noah's Arcade, LLC d/b/a Full Tilt |

I did confirmation today that attorney Lyle Hardman from Hunt Suedhoff will be entering his appearance. I anticipate he will respond to the discovery responses. I have litigated against him quite a bit. I would anticipate you will receive substantive discovery responses from him.

**Nicholas T. Otis**
Attorney



**916 Lincolnway**
**La Porte, IN 46350**
**T. (219) 362-1577**
**F. (219) 362-2106**
ntotis@nlkj.com

**TAX ADVICE NOTICE:** Tax advice, if any contained in this e-mail does not constitute a "reliance opinion" as defined in IRS Circular 230 and may not be used to establish reasonable reliance on the opinion of counsel for the purpose of avoiding any penalty imposed by the Internal Revenue Code. The firm provides reliance opinions only in formal opinion letters containing the signature of the partner.
_____

**CONFIDENTIALITY NOTICE:** This e-mail and any attachments are confidential and intended only for a named recipient. Receipt by anyone other than a named recipient is not a waiver of any confidentiality or any privilege. Please notify the sender immediately if you are not an intended recipient and then destroy this e-mail and any attachments. Keeping, copying, distribution, publication or use of this e-mail, any attachments, or any information contained therein, by one other than a named recipient, is strictly prohibited.

---

**From:** Walz, Bradley J. <BWalz@taftlaw.com>
**Sent:** Tuesday, January 9, 2024 4:12 PM
**To:** Nicholas Otis <ntotis@nlkj.com>
**Cc:** Polak, Jonathan <JPolak@taftlaw.com>; Walsh, Christine <CWalsh@taftlaw.com>
**Subject:** RE: Nickels and Dimes Incorporated v. Noah's Arcade, LLC d/b/a Full Tilt

Nick:

If the extra time is going to be use to substantively respond to the discovery requests, then I am okay with the extension. Will you represent that we will receive substantive responses and not a bunch of objections?

Sincerely,

Brad

1

**From:** Nicholas Otis <ntotis@nlkj.com>
**Sent:** Monday, January 8, 2024 5:31 PM
**To:** Walz, Bradley J. <BWalz@taftlaw.com>
**Cc:** Polak, Jonathan <JPolak@taftlaw.com>; Walsh, Christine <CWalsh@taftlaw.com>
**Subject:** RE: Nickels and Dimes Incorporated v. Noah's Arcade, LLC d/b/a Full Tilt

Thanks for getting back to me.  I would like to request a 30 day extension for Full Tilt's discovery responses.  I have a week long jury trial in Elkhart Indiana at the end of the month.  Additionally, my client has been communicating with their insurance company and they may have coverage for this case.  They anticipate hearing back from the insurance company this week or next.  If there is coverage there may be new counsel and I would prefer they respond to the discovery requests.

Thanks,
Nick

**Nicholas T. Otis**
Attorney



**916 Lincolnway**
**La Porte, IN 46350**
**T.  (219) 362-1577**
**F.  (219) 362-2106**
ntotis@nlkj.com

**TAX ADVICE NOTICE:** Tax advice, if any contained in this e-mail does not constitute a "reliance opinion" as defined in IRS Circular 230 and may not be used to establish reasonable reliance on the opinion of counsel for the purpose of avoiding any penalty imposed by the Internal Revenue Code. The firm provides reliance opinions only in formal opinion letters containing the signature of the partner.
_____

**CONFIDENTIALITY NOTICE:** This e-mail and any attachments are confidential and intended only for a named recipient.  Receipt by anyone other than a named recipient is not a waiver of any confidentiality or any privilege.  Please notify the sender immediately if you are not an intended recipient and then destroy this e-mail and any attachments.  Keeping, copying, distribution, publication or use of this e-mail, any attachments, or any information contained therein, by one other than a named recipient, is strictly prohibited.

**From:** Walz, Bradley J. <BWalz@taftlaw.com>
**Sent:** Monday, January 8, 2024 12:01 PM
**To:** Nicholas Otis <ntotis@nlkj.com>
**Cc:** Polak, Jonathan <JPolak@taftlaw.com>; Walsh, Christine <CWalsh@taftlaw.com>
**Subject:** RE: Nickels and Dimes Incorporated v. Noah's Arcade, LLC d/b/a Full Tilt

Nick:

Mr. LaDue is acceptable to us.

Sincerely,

Brad