# EXHIBIT A-4



2200 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2210
Tel: 612.977.8400 | Fax: 612.977.8650
taftlaw.com

Affirmative Action, Equal Opportunity Employer

**Bradley J. Walz**
612.977.8525
BWalz@taftlaw.com

February 26, 2024

**VIA EMAIL (EWILKINS@HSK-LAW.COM' LHARDMAN@HSK-LAW.COM)**

Lyle R. Hardman
Eric M. Wilkins
Hunt Suedhoff Kearney LLP
805 S. Calhoun, 9th Floor
PO Box 11489
Fort Wayne, IN 4685801489

> Re:    **Overdue Discovery Responses**
> ***Nickels and Dimes Inc. v.  Noah's Arcade, LLC d/a/a Full Tilt et al.***
> **Case No 3:23-cv-00699**

Dear Messrs. Hardman and Wilkins:

We are writing because of Noah's Arcade, LLC d/b/a Full Tilt's overdue responses to our discovery requests. We served our first set of interrogatories and document requests on December 20, 2023. On January 8, 2024, Nicholas Otis requested a 30-day extension of time to respond to our discovery requests. The next day, Mr. Otis represented to us that Mr. Hardman would be entering his appearance in this case and would respond to our discovery responses. On this basis, we granted Mr. Otis' request for a 30-day extension of time to respond to our discovery requests extending the deadline to respond to February 22, 2024.

Both of you entered your appearances in this case on January 16, 2024, and as of today we have not received responses to our discovery requests nor a request to further extend the time for Noah's Arcade, LLC d/b/a Full Tilt to respond. Therefore, your client has waived its objections to the form of our discovery requests, and we expect to receive full responses to our discovery requests by no later than March 4, 2024.

Lyle R. Hardman
February 26, 2024
Page 2

Sincerely,

Taft Stettinius & Hollister LLP

*Bradley J. Walz*

Bradley J. Walz

BJW