# EXHIBIT A-5

**Walsh, Christine**

---

**From:** Lyle R. Hardman <lhardman@hsk-law.com>
**Sent:** Friday, March 8, 2024 11:56 AM
**To:** Walz, Bradley J.; Zierman, Autumn C.; Eric Wilkins
**Cc:** Polak, Jonathan; Walsh, Christine; Jody Andrews
**Subject:** RE: Correspondence being sent on behalf of Brad Walz | Taft File 111419.00006

It does, except for actual tax returns (but we're providing you with a summary of the tax information), and we'll produce copies of tax returns after a P.O. is entered.



**LYLE R. HARDMAN | PARTNER**
205 W. Jefferson Blvd., Ste. 300
South Bend, IN 46601
P: 574.232.4801
F: 574.232.9736
Email: lhardman@hsk-law.com

---

**From:** Walz, Bradley J. <BWalz@taftlaw.com>
**Sent:** Friday, March 8, 2024 11:54 AM
**To:** Lyle R. Hardman <lhardman@hsk-law.com>; Zierman, Autumn C. <AZierman@taftlaw.com>; Eric Wilkins <ewilkins@hsk-law.com>
**Cc:** Polak, Jonathan <JPolak@taftlaw.com>; Walsh, Christine <CWalsh@taftlaw.com>; Jody Andrews <jandrews@hsk-law.com>
**Subject:** RE: Correspondence being sent on behalf of Brad Walz | Taft File 111419.00006

Thanks Lyle. That includes all responsive documents as well, correct?

Brad

---

**From:** Lyle R. Hardman <lhardman@hsk-law.com>
**Sent:** Friday, March 8, 2024 9:32 AM
**To:** Walz, Bradley J. <BWalz@taftlaw.com>; Zierman, Autumn C. <AZierman@taftlaw.com>; Eric Wilkins <ewilkins@hsk-law.com>
**Cc:** Polak, Jonathan <JPolak@taftlaw.com>; Walsh, Christine <CWalsh@taftlaw.com>; Jody Andrews <jandrews@hsk-law.com>
**Subject:** RE: Correspondence being sent on behalf of Brad Walz | Taft File 111419.00006

1

Morning, Brad,

The discovery is complete. It's with the clients for signature. I hope to have it to you early next week.

Lyle



**LYLE R. HARDMAN | PARTNER**
205 W. Jefferson Blvd., Ste. 300
South Bend, IN 46601
P: 574.232.4801
F: 574.232.9736
Email: lhardman@hsk-law.com



---

**From:** Walz, Bradley J. <BWalz@taftlaw.com>
**Sent:** Friday, March 8, 2024 10:30 AM
**To:** Lyle R. Hardman <lhardman@hsk-law.com>; Zierman, Autumn C. <AZierman@taftlaw.com>; Eric Wilkins <ewilkins@hsk-law.com>
**Cc:** Polak, Jonathan <JPolak@taftlaw.com>; Walsh, Christine <CWalsh@taftlaw.com>; Jody Andrews <jandrews@hsk-law.com>
**Subject:** RE: Correspondence being sent on behalf of Brad Walz | Taft File 111419.00006

Lyle:

I am checking in on the discovery responses. We have been patient but our patience is running out. We need full responses to our Interrogatories and Document Requests by March 15th or we will move to compel.

Sincerely,

Brad

---

**From:** Lyle R. Hardman <lhardman@hsk-law.com>
**Sent:** Tuesday, February 27, 2024 12:31 PM
**To:** Walz, Bradley J. <BWalz@taftlaw.com>; Zierman, Autumn C. <AZierman@taftlaw.com>; Eric Wilkins <ewilkins@hsk-law.com>
**Cc:** Polak, Jonathan <JPolak@taftlaw.com>; Walsh, Christine <CWalsh@taftlaw.com>; Jody Andrews <jandrews@hsk-law.com>
**Subject:** RE: Correspondence being sent on behalf of Brad Walz | Taft File 111419.00006

Thank you, Brad,

We'll get that out to you ASAP.

Lyle



**LYLE R. HARDMAN I PARTNER**
**205 W. Jefferson Blvd., Ste. 300**
**South Bend, IN 46601**
P: 574.232.4801
F: 574.232.9736
Email: lhardman@hsk-law.com



**From:** Walz, Bradley J. <BWalz@taftlaw.com>
**Sent:** Tuesday, February 27, 2024 1:29 PM
**To:** Lyle R. Hardman <lhardman@hsk-law.com>; Zierman, Autumn C. <AZierman@taftlaw.com>; Eric Wilkins <ewilkins@hsk-law.com>
**Cc:** Polak, Jonathan <JPolak@taftlaw.com>; Walsh, Christine <CWalsh@taftlaw.com>; Jody Andrews <jandrews@hsk-law.com>
**Subject:** RE: Correspondence being sent on behalf of Brad Walz | Taft File 111419.00006

Dear Mr. Hardman:

We are open to discussing settlement, but before we can make an opening offer we need to see Noah's Arcade's annual sales and profit calculation from 2022 to the present. We asked for this information in our discovery requests. The sooner you provide that information and documentation to us, the sooner I can provide you with an opening settlement offer.

Sincerely,

Brad

**Bradley J. Walz**
Partner
BWalz@taftlaw.com
**Dir:** 612.977.8525
**Tel:** 612.977.8400  |  **Fax:** 612.977.8650
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2157

3

**Taft Bio
Download vCard
taftlaw.com**

---

**From:** Lyle R. Hardman <lhardman@hsk-law.com>
**Sent:** Tuesday, February 27, 2024 8:35 AM
**To:** Zierman, Autumn C. <AZierman@taftlaw.com>; Eric Wilkins <ewilkins@hsk-law.com>
**Cc:** Walz, Bradley J. <BWalz@taftlaw.com>; Polak, Jonathan <JPolak@taftlaw.com>; Walsh, Christine <CWalsh@taftlaw.com>; Jody Andrews <jandrews@hsk-law.com>
**Subject:** RE: Correspondence being sent on behalf of Brad Walz | Taft File 111419.00006

Dear Mr. Walz:

Thank you for your correspondence. As you know, we are relatively new to the case. In addition, we've had a significant number of files transferred internally due to an attorney departing the firm. Accordingly, and I apologize, responding to this discovery fell through the cracks. I will answer it as soon as possible, although it may not be by your deadline of Monday. Please let me know if that will be an issue.

In addition, I have broached possible settlement with my clients, and I am inquiring if there is any interest in trying to resolve this matter amicably instead of generating significant litigation costs. If there is, again, please let me know.

Sincerely,

Lyle R. Hardman



**LYLE R. HARDMAN I PARTNER**
**205 W. Jefferson Blvd., Ste. 300**
**South Bend, IN 46601**
P: 574.232.4801
F: 574.232.9736
Email: lhardman@hsk-law.com



---

**From:** Zierman, Autumn C. <AZierman@taftlaw.com>
**Sent:** Monday, February 26, 2024 4:58 PM
**To:** Eric Wilkins <ewilkins@hsk-law.com>; Lyle R. Hardman <lhardman@hsk-law.com>
**Cc:** Walz, Bradley J. <BWalz@taftlaw.com>; Polak, Jonathan <JPolak@taftlaw.com>; Walsh, Christine <CWalsh@taftlaw.com>
**Subject:** Correspondence being sent on behalf of Brad Walz | Taft File 111419.00006

4

Messrs. Hardman and Wilkins,

Please see the attached correspondence being sent on behalf of Bradley Walz.

Sincerely,
Autumn Zierman

**Autumn C. Zierman**
Legal Assistant
AZierman@taftlaw.com
Dir: 612.977.8625
Tel: 612.977.8400   |   Fax: 612.977.8650
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2157

**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.