# EXHIBIT A-8

**Walsh, Christine**

| | |
|---|---|
| **From:** | Lyle R. Hardman <lhardman@hsk-law.com> |
| **Sent:** | Tuesday, March 19, 2024 10:00 AM |
| **To:** | Walz, Bradley J. |
| **Cc:** | Walsh, Christine; Polak, Jonathan |
| **Subject:** | RE: Nickels and Dimes v. Noah's Arcade |

Thanks for the update, Brad.

Lyle

**LYLE R. HARDMAN | PARTNER**
205 W. Jefferson Blvd., Ste. 300
South Bend, IN 46601
P: 574.232.4801
F: 574.232.9736
Email: lhardman@hsk-law.com



---

**From:** Walz, Bradley J. <BWalz@taftlaw.com>
**Sent:** Tuesday, March 19, 2024 9:58 AM
**To:** Lyle R. Hardman <lhardman@hsk-law.com>
**Cc:** Walsh, Christine <CWalsh@taftlaw.com>; Polak, Jonathan <JPolak@taftlaw.com>
**Subject:** Nickels and Dimes v. Noah's Arcade

Dear Lyle:

We reviewed the discovery responses and document production and will follow up with a letter concerning items we think the parties need to discuss. Regarding the financial information and your client's claim of a loss, we need to see your client's financial statements, not only their tax returns. The deductions your client may take for tax purposes are not the same as deductions allowed in a trademark infringement case to arrive at a profit disgorgement number.

Once the protective order is entered, we will need to see your client's financial statements and profit calculation to make a settlement offer.

Best regards,

**Bradley J. Walz**
Partner
BWalz@taftlaw.com
Dir: 612.977.8525
Tel: 612.977.8400   |   Fax: 612.977.8650
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2157

**Taft Bio**
**Download vCard**
**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

2