# EXHIBIT A-9

**Walsh, Christine**

| | |
|---|---|
| **From:** | Walsh, Christine |
| **Sent:** | Thursday, March 21, 2024 1:00 PM |
| **To:** | Lyle R. Hardman |
| **Cc:** | Walz, Bradley J.; Polak, Jonathan |
| **Subject:** | RE: Information Necessary for a Settlement Offer |

Sounds good, thanks Lyle!

Christine

**From:** Lyle R. Hardman <lhardman@hsk-law.com>
**Sent:** Thursday, March 21, 2024 12:56 PM
**To:** Walsh, Christine <CWalsh@taftlaw.com>
**Cc:** Walz, Bradley J. <BWalz@taftlaw.com>; Polak, Jonathan <JPolak@taftlaw.com>
**Subject:** RE: Information Necessary for a Settlement Offer

Thanks, Chris,

I've already reached out to the client to supplement the discovery with this information.

Lyle



**LYLE R. HARDMAN | PARTNER**
**205 W. Jefferson Blvd., Ste. 300**
**South Bend, IN 46601**
P: 574.232.4801
F: 574.232.9736
Email: lhardman@hsk-law.com



**From:** Walsh, Christine <CWalsh@taftlaw.com>
**Sent:** Thursday, March 21, 2024 11:50 AM
**To:** Lyle R. Hardman <lhardman@hsk-law.com>
**Cc:** Walz, Bradley J. <BWalz@taftlaw.com>; Polak, Jonathan <JPolak@taftlaw.com>
**Subject:** Information Necessary for a Settlement Offer

Hi Lyle,

Now that the Court has entered our stipulated protective order, I wanted to follow up on your client's financial statements and profit calculation. We will need that information—along with complete information regarding your clients' domain names—before we are able to make a settlement offer.

We are working though the discovery responses now, but we wanted to mention the domain names ahead of our full response, given it is integral to our ability to make a settlement offer. From the discovery responses, we are now aware of at least one other domain name where cybersquatting occurred.

Please let me know us you have any questions; we'd be happy to discuss!

Thank you,

Christine



**Christine A. Walsh**
Attorney
CWalsh@taftlaw.com
Dir: 317.713.3633
Tel: 317.713.3500   |   Fax: 317.713.3699
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023

**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.