# EXHIBIT A-14

**Walsh, Christine**

---

| | |
|---|---|
| **From:** | Lyle R. Hardman <lhardman@hsk-law.com> |
| **Sent:** | Thursday, April 18, 2024 9:53 AM |
| **To:** | Walz, Bradley J. |
| **Cc:** | Polak, Jonathan; Walsh, Christine |
| **Subject:** | RE: Nickels and Dimes v. Noah's Arcade |

Brad, please give me a call to discuss this.  Thanks.



**LYLE R. HARDMAN I PARTNER**
**205 W. Jefferson Blvd., Ste. 300**
**South Bend, IN 46601**
P: 574.232.4801
F: 574.232.9736
Email: lhardman@hsk-law.com



---

**From:** Walz, Bradley J. <BWalz@taftlaw.com>
**Sent:** Tuesday, April 16, 2024 9:21 AM
**To:** Lyle R. Hardman <lhardman@hsk-law.com>
**Cc:** Polak, Jonathan <JPolak@taftlaw.com>; Walsh, Christine <CWalsh@taftlaw.com>
**Subject:** Nickels and Dimes v. Noah's Arcade

Lyle:

I reviewed the supplemental discovery responses. To make a settlement offer, I need your client's 2023 financial information and 2024 financial information to date. You can't withhold this information because your client's tax returns are incomplete. From a trademark infringement damages perspective, your client had profits in 2022.

This is the third time I have asked for this information. Please provide your client's financial information for 2023 and 2024 information to date by Thursday, April 18th.

Sincerely,

Brad

**Bradley J. Walz**
Partner
BWalz@taftlaw.com
**Dir:** 612.977.8525
**Tel:** 612.977.8400   |   **Fax:** 612.977.8650
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2157

**Taft Bio**
**Download vCard**
**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.