# EXHIBIT A-15

## Walsh, Christine

| | |
|---|---|
| **From:** | Walz, Bradley J. |
| **Sent:** | Wednesday, April 24, 2024 1:17 PM |
| **To:** | Lyle R. Hardman |
| **Cc:** | Walsh, Christine; Polak, Jonathan; Jody Andrews |
| **Subject:** | RE: Nickels and Dimes v. Noah's Arcade |

Let's shoot for 11:00 am ET. I will send a meeting invite.

**Bradley J. Walz**, Partner
Intellectual Property
Direct: 612.977.8525 | Office Ext: 28525
Taft Office: Minneapolis

**From:** Lyle R. Hardman <lhardman@hsk-law.com>
**Sent:** Wednesday, April 24, 2024 12:13 PM
**To:** Walz, Bradley J. <BWalz@taftlaw.com>
**Cc:** Walsh, Christine <CWalsh@taftlaw.com>; Polak, Jonathan <JPolak@taftlaw.com>; Jody Andrews <jandrews@hsk-law.com>
**Subject:** RE: Nickels and Dimes v. Noah's Arcade



I do Brad. I'm available except from 12:30-2:00 ET.

Lyle

**LYLE R. HARDMAN | PARTNER**
**205 W. Jefferson Blvd., Ste. 300**
**South Bend, IN 46601**
P: 574.232.4801
F: 574.232.9736
Email: lhardman@hsk-law.com



1

**From:** Walz, Bradley J. <BWalz@taftlaw.com>
**Sent:** Wednesday, April 24, 2024 1:11 PM
**To:** Lyle R. Hardman <lhardman@hsk-law.com>
**Cc:** Walsh, Christine <CWalsh@taftlaw.com>; Polak, Jonathan <JPolak@taftlaw.com>
**Subject:** Nickels and Dimes v. Noah's Arcade

Dear Lyle:

We served our written discovery requests on December 20, 2023. It is now four months later, and we are still waiting on responsive information to our requests. Do you have some time on Monday to talk about this and set a firm deadline to get the information we requested?

Sincerely,

Brad

**Bradley J. Walz**
Partner
BWalz@taftlaw.com
**Dir:** 612.977.8525
**Tel:** 612.977.8400   |   **Fax:** 612.977.8650
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2157

**Taft Bio**
**Download vCard**
**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.