# **EXHIBIT D**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NICKELS AND DIMES INCORPORATED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 3:23-cv-00699 |
| v. | ) |
| | ) |
| NOAH'S ARCADE, LLC d/b/a | ) |
| FULL TILT, BEN KONOWITZ, | ) |
| AND RYAN HART | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant, Noah's Arcade, LLC d/b/a Full Tilt, Ben Konowitz, and Ryan Hart in the above-captioned case.

Date: January 16, 2024

Respectfully submitted,

HUNT SUEDHOFF KEARNEY LLP
By: /s/ Lyle R. Hardman
Lyle R. Hardman    #16056-49
205 W. Jefferson Blvd., Suite 300
P.O. Box 4156
South Bend, IN 46634-4156
Telephone: (574) 232-4801
Fax: (574) 232-9736
Email: lhardman@hsk-law.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 16th day of January 2024, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record who are registered with the system.

/s/ Lyle R. Hardman
Lyle R. Hardman    #16056-49
