# **EXHIBIT F**

| | |
|---|---|
| From: | Lyle R. Hardman |
| To: | Walz, Bradley J.; Zierman, Autumn C.; Eric Wilkins |
| Cc: | Polak, Jonathan; Walsh, Christine; Jody Andrews |
| Subject: | Brad Walz req email RE: Correspondence being sent on behalf of Brad Walz | Taft File 111419.00006 |
| Date: | Tuesday, February 27, 2024 1:30:49 PM |
| Attachments: | ~WRD1704.jpg<br>image001.png<br>image002.png<br>image003.png<br>image004.jpg |

Thank you, Brad,

We'll get that out to you ASAP.

Lyle



**LYLE R. HARDMAN | PARTNER**
**205 W. Jefferson Blvd., Ste. 300**
**South Bend, IN 46601**
P: 574.232.4801
F: 574.232.9736
Email: lhardman@hsk-law.com

**From:** Walz, Bradley J. <BWalz@taftlaw.com>
**Sent:** Tuesday, February 27, 2024 1:29 PM
**To:** Lyle R. Hardman <lhardman@hsk-law.com>; Zierman, Autumn C. <AZierman@taftlaw.com>; Eric Wilkins <ewilkins@hsk-law.com>
**Cc:** Polak, Jonathan <JPolak@taftlaw.com>; Walsh, Christine <CWalsh@taftlaw.com>; Jody Andrews <jandrews@hsk-law.com>
**Subject:** RE: Correspondence being sent on behalf of Brad Walz | Taft File 111419.00006

Dear Mr. Hardman:

We are open to discussing settlement, but before we can make an opening offer we need to see Noah's Arcade's annual sales and profit calculation from 2022 to the present. We asked for this information in our discovery requests. The sooner you provide that information and documentation to us, the sooner I can provide you with an opening settlement offer.

Sincerely,

Brad



Bradley J. Walz
Partner
BWalz@taftlaw.com
Dir: 612.977.8525
Tel: 612.977.8400  |  Fax: 612.977.8650
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2157

Taft Bio
Download vCard
taftlaw.com

**From:** Lyle R. Hardman <lhardman@hsk-law.com>
**Sent:** Tuesday, February 27, 2024 8:35 AM
**To:** Zierman, Autumn C. <AZierman@taftlaw.com>; Eric Wilkins <ewilkins@hsk-law.com>
**Cc:** Walz, Bradley J. <BWalz@taftlaw.com>; Polak, Jonathan <JPolak@taftlaw.com>; Walsh, Christine <CWalsh@taftlaw.com>; Jody Andrews <jandrews@hsk-law.com>
**Subject:** RE: Correspondence being sent on behalf of Brad Walz | Taft File 111419.00006

Dear Mr. Walz:

Thank you for your correspondence. As you know, we are relatively new to the case. In addition, we've had a significant number of files transferred internally due to an attorney departing the firm. Accordingly, and I apologize, responding to this discovery fell through the cracks. I will answer it as soon as possible, although it may not be by your deadline of Monday. Please let me know if that will be an issue.

In addition, I have broached possible settlement with my clients, and I am inquiring if there is any interest in trying to resolve this matter amicably instead of generating significant litigation costs. If there is, again, please let me know.

Sincerely,

Lyle R. Hardman



LYLE R. HARDMAN | PARTNER
**205 W. Jefferson Blvd., Ste. 300**
**South Bend, IN 46601**
P: 574.232.4801
F: 574.232.9736
Email: lhardman@hsk-law.com

**From:** Zierman, Autumn C. <AZierman@taftlaw.com>

**Sent:** Monday, February 26, 2024 4:58 PM
**To:** Eric Wilkins <ewilkins@hsk-law.com>; Lyle R. Hardman <lhardman@hsk-law.com>
**Cc:** Walz, Bradley J. <BWalz@taftlaw.com>; Polak, Jonathan <JPolak@taftlaw.com>; Walsh, Christine <CWalsh@taftlaw.com>
**Subject:** Correspondence being sent on behalf of Brad Walz | Taft File 111419.00006

Messrs. Hardman and Wilkins,

Please see the attached correspondence being sent on behalf of Bradley Walz.

Sincerely,
Autumn Zierman

Autumn C. Zierman
Legal Assistant
AZierman@taftlaw.com
Dir: 612.977.8625
Tel: 612.977.8400  |  Fax: 612.977.8650
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2157

taftlaw.com

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.