# **EXHIBIT G**

Lyle



**LYLE R. HARDMAN I PARTNER**
**205 W. Jefferson Blvd., Ste. 300**
**South Bend, IN 46601**
P: 574.232.4801
F: 574.232.9736
Email: lhardman@hsk-law.com



---

**From:** Walz, Bradley J. <BWalz@taftlaw.com>
**Sent:** Friday, March 8, 2024 10:30 AM
**To:** Lyle R. Hardman <lhardman@hsk-law.com>; Zierman, Autumn C. <AZierman@taftlaw.com>; Eric Wilkins <ewilkins@hsk-law.com>
**Cc:** Polak, Jonathan <JPolak@taftlaw.com>; Walsh, Christine <CWalsh@taftlaw.com>; Jody Andrews <jandrews@hsk-law.com>
**Subject:** RE: Correspondence being sent on behalf of Brad Walz | Taft File 111419.00006

Lyle:

I am checking in on the discovery responses. We have been patient but our patience is running out. We need full responses to our Interrogatories and Document Requests by March 15th or we will move to compel.

Sincerely,

Brad

---

**From:** Lyle R. Hardman <lhardman@hsk-law.com>
**Sent:** Tuesday, February 27, 2024 12:31 PM
**To:** Walz, Bradley J. <BWalz@taftlaw.com>; Zierman, Autumn C. <AZierman@taftlaw.com>; Eric Wilkins <ewilkins@hsk-law.com>
**Cc:** Polak, Jonathan <JPolak@taftlaw.com>; Walsh, Christine <CWalsh@taftlaw.com>; Jody Andrews <jandrews@hsk-law.com>
**Subject:** RE: Correspondence being sent on behalf of Brad Walz | Taft File 111419.00006

Thank you, Brad,

We'll get that out to you ASAP.

Lyle


**LYLE R. HARDMAN | PARTNER**
**205 W. Jefferson Blvd., Ste. 300**
**South Bend, IN 46601**
P: 574.232.4801
F: 574.232.9736
Email: lhardman@hsk-law.com



**From:** Walz, Bradley J. <BWalz@taftlaw.com>
**Sent:** Tuesday, February 27, 2024 1:29 PM
**To:** Lyle R. Hardman <lhardman@hsk-law.com>; Zierman, Autumn C. <AZierman@taftlaw.com>; Eric Wilkins <ewilkins@hsk-law.com>
**Cc:** Polak, Jonathan <JPolak@taftlaw.com>; Walsh, Christine <CWalsh@taftlaw.com>; Jody Andrews <jandrews@hsk-law.com>
**Subject:** RE: Correspondence being sent on behalf of Brad Walz | Taft File 111419.00006

Dear Mr. Hardman:

We are open to discussing settlement, but before we can make an opening offer we need to see Noah's Arcade's annual sales and profit calculation from 2022 to the present. We asked for this information in our discovery requests. The sooner you provide that information and documentation to us, the sooner I can provide you with an opening settlement offer.

Sincerely,

Brad



**Bradley J. Walz**
Partner
BWalz@taftlaw.com
**Dir**: 612.977.8525
**Tel**: 612.977.8400   |   **Fax**: 612.977.8650
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2157

**Taft Bio**
**Download vCard**
**taftlaw.com**

**From:** Lyle R. Hardman <lhardman@hsk-law.com>
**Sent:** Tuesday, February 27, 2024 8:35 AM
**To:** Zierman, Autumn C. <AZierman@taftlaw.com>; Eric Wilkins <ewilkins@hsk-law.com>