# EXHIBIT H

| From: | Lyle R. Hardman |
|---|---|
| To: | Walz, Bradley J.; Zierman, Autumn C.; Eric Wilkins |
| Cc: | Polak, Jonathan; Walsh, Christine; Jody Andrews |
| Subject: | RE: Correspondence being sent on behalf of Brad Walz \| Taft File 111419.00006 |
| Date: | Friday, March 8, 2024 11:56:05 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.jpg |
| | image006.png |

It does, except for actual tax returns (but we're providing you with a summary of the tax information), and we'll produce copies of tax returns after a P.O. is entered.



LYLE R. HARDMAN I PARTNER
**205 W. Jefferson Blvd., Ste. 300**
**South Bend, IN 46601**
P: 574.232.4801
F: 574.232.9736
Email: lhardman@hsk-law.com



**From:** Walz, Bradley J. <BWalz@taftlaw.com>
**Sent:** Friday, March 8, 2024 11:54 AM
**To:** Lyle R. Hardman <lhardman@hsk-law.com>; Zierman, Autumn C. <AZierman@taftlaw.com>; Eric Wilkins <ewilkins@hsk-law.com>
**Cc:** Polak, Jonathan <JPolak@taftlaw.com>; Walsh, Christine <CWalsh@taftlaw.com>; Jody Andrews <jandrews@hsk-law.com>
**Subject:** RE: Correspondence being sent on behalf of Brad Walz \| Taft File 111419.00006

Thanks Lyle. That includes all responsive documents as well, correct?

Brad

**From:** Lyle R. Hardman <lhardman@hsk-law.com>
**Sent:** Friday, March 8, 2024 9:32 AM
**To:** Walz, Bradley J. <BWalz@taftlaw.com>; Zierman, Autumn C. <AZierman@taftlaw.com>; Eric Wilkins <ewilkins@hsk-law.com>
**Cc:** Polak, Jonathan <JPolak@taftlaw.com>; Walsh, Christine <CWalsh@taftlaw.com>; Jody Andrews <jandrews@hsk-law.com>
**Subject:** RE: Correspondence being sent on behalf of Brad Walz \| Taft File 111419.00006

Morning, Brad,

The discovery is complete. It's with the clients for signature. I hope to have it to you early next week.