# **EXHIBIT I**

| From: | Walz, Bradley J. |
|---|---|
| To: | Jody Andrews; Hadley, Vivek R.; Walsh, Christine; Polak, Jonathan |
| Cc: | Lyle R. Hardman |
| Subject: | RE: Nickels and Dimes Incorporated v. Noah"s Arcade, LLC d/b/a Full Tilt |
| Date: | Monday, March 11, 2024 1:58:18 PM |
| Attachments: | image002.jpg |
| | Stipulated Protective Order Draft (002).DOCX |

Thanks Jody.

Lyle – attached is the draft Stipulation for Protective Order that we sent to Nick Otis but that we were unable to finalize before he withdrew. Please review the Stipulation and let us know if you have any comments. Otherwise, please update the date and sign the stipulation.

Best regards,

Brad



**Bradley J. Walz**
Partner
BWalz@taftlaw.com
Dir: 612.977.8525
Tel: 612.977.8400 | Fax: 612.977.8650
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2157

**Taft Bio**
**Download vCard**
**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Jody Andrews <jandrews@hsk-law.com>
**Sent:** Monday, March 11, 2024 11:37 AM
**To:** Walz, Bradley J. <BWalz@taftlaw.com>; Hadley, Vivek R. <VHadley@taftlaw.com>; Walsh, Christine <CWalsh@taftlaw.com>; Polak, Jonathan <JPolak@taftlaw.com>
**Cc:** Lyle R. Hardman <lhardman@hsk-law.com>
**Subject:** Nickels and Dimes Incorporated v. Noah's Arcade, LLC d/b/a Full Tilt

Counsel,

Attached please find the discovery responses on behalf of Noah's Arcade, LLC.

The link to the Drobox file containing Exhibits 1-9 to the Requests for Production is as follows:

https://www.dropbox.com/scl/fo/d0m8dawhvwwhb89qd6eme/h?rlkey=ahru3ymfseynrihe27o26ess5&dl=0

Let me know if you have any problems accessing the documents.

Thank you,

Jody

JODY ANDREWS I LEGAL ASSISTANT
205 W Jefferson Blvd Suite 300
South Bend, IN 46601
P: 574-232-4801
Email: jandrews@hsk-law.com