# **EXHIBIT M**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| Nickels and Dimes Incorporated, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 3:23-CV-699-CCB-MGG |
| | ) | |
| Noah's Arcade, LLC d/b/a Full Tilt, | ) | |
| Ben Konowitz, and Ryan Hart, | ) | |
| | ) | |
| *Defendants*. | ) | |

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Plaintiff respectfully requests, pursuant to Federal Rule of Civil Procedure 37, that the Court compel discovery from Defendant Noah's Arcade, LLC d/b/a Full Tilt. The grounds for this motion are set forth in detail in the accompanying brief. *See* N.D. Ind. L.R. 7-1(b)(2). In support of this Motion to Compel, Plaintiff's certification in accordance with Local Rule 37-1 is attached hereto as Exhibit A.

Dated: May 14, 2024

Respectfully submitted,

*/s/Bradley J. Walz*
Bradley J. Walz, *pro hac vice*
TAFT STETTINIUS & HOLLISTER, LLP
220 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Phone: (612) 977-8400
Facsimile: (612) 977-8650
Email: bwalz@taftlaw.com

Jonathan G. Polak, 21954-49
Vivek R. Hadley, 36260-5
Christine A. Walsh, 36444-45
TAFT STETTINIUS & HOLLISTER, LLP

1

One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Phone: (317) 713-3500
Facsimile: (317) 713-3699
Email: jpolak@taftlaw.com
cwalsh@taftlaw.com

*Attorneys for Plaintiff Nickels and Dimes Incorporated*

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing document was electronically filed and served upon the following counsel of record, on May 14, 2024.

                                                                                       */s/Bradley J. Walz*

Eric M. Wilkins
Lyle R. Hardman
HUNT SUEDHOFF KEARNEY LLP
803 Calhoun Street, Suite 900
P.O. Box 4156
Fort Wayne, Indiana 46858
Phone: (260) 423-1311
Facsimile: (260) 424-5396
Email: ewilkins@hsk-law.com
          lhardman@hsk-law.com