# **EXHIBIT N**

| | |
|---|---|
| **From:** | Jody Andrews |
| **To:** | Walz, Bradley J.; Hadley, Vivek R.; Walsh, Christine; Polak, Jonathan |
| **Cc:** | Lyle R. Hardman |
| **Subject:** | Nickels and Dimes Incorporated v Noah"s Arcade, LLC d/b/a Full Tilt |
| **Date:** | Friday, April 12, 2024 4:29:00 PM |
| **Attachments:** | image001.jpg |
| | Defendants" Supplemental Responses to Requests for Production 4-11-2024.pdf |
| | Defendants" Supplemental Interrogatory Answers 4-12-2024.pdf |
| | Supp. Exhibit 10.pdf |
| | Supp. Exhibit 9 .pdf |
| | Supp. Exhibit 6.pdf |
| | Supp. Exhibit 5.pdf |
| | Supp. Exhibit 4 .pdf |
| | Supp. Exhibit 2 .pdf |

Counsel,

Attached are our supplemental discovery responses and corresponding exhibits, except for supplemental exhibit #12, which will be sent by a separate email.

Thank you,
Jody



**JODY ANDREWS I LEGAL ASSISTANT**
205 W Jefferson Blvd Suite 300
South Bend, IN 46601
P: 574-232-4801
Email: jandrews@hsk-law.com