UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NICKELS AND DIMES INCORPORATED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 3:23-CV-699-DRL-MGG |
| v. ) | |
| ) | |
| NOAH'S ARCADE, LLC d/b/a ) | |
| FULL TILT, BEN KONOWITZ, ) | |
| AND RYAN HART ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION SEEKING LEAVE TO FILE
AN AMENDED ANSWER TO CORRECT ERROR**

COME NOW Defendants, Noah's Arcade, LLC d/b/a Full Tilt, Ben Konowitz and Ryan Hart, (hereinafter "Full Tilt"), by counsel, and pursuant to Fed. R. Civ. Pro. 15(a)(2) and file this Motion Seeking Leave to File an Amended Answer to Correct Error. In support of their Motion, Defendants also file their Memorandum of Law.

        Respectfully submitted,

        HUNT SUEDHOFF KEARNEY LLP
        By: /s/ Lyle R. Hardman
        Lyle R. Hardman      #16056-49
        205 W. Jefferson Blvd., Suite 300
        P.O. Box 4156
        South Bend, IN 46634-4156
        Telephone: (574) 232-4801
        Fax: (574) 232-9736
        Email: lhardman@hsk-law.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 10th day of July 2024, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record who are registered with the system.

/s/ Lyle R. Hardman
Lyle R. Hardman    #16056-49