# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NICKELS AND DIMES INCORPORATED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NOAH'S ARCADE, LLC d/b/a )<br>FULL TILT, BEN KONOWITZ, )<br>AND RYAN HART )<br>)<br>Defendants. ) | CASE NO. 3:23-CV-699-DRL-MGG |

### AFFIDAVIT OF LYLE R. HARDMAN

Lyle R. Hardman, being first duly sworn, deposes and says:

1. I have personal knowledge of the facts set forth herein.

2. This affidavit is submitted regarding the Defendants' Motion Seeking Leave to Amend Answer to Correct Error.

3. I am the current counsel for the Defendants in this matter, having replaced Nicholas T. Otis, having entered my appearance on January 16, 2024.

4. Former counsel for the defense, Nicholas T. Otis, filed Defendants' Answer to Plaintiff's Amended Complaint on September 16, 2023.

5. Unfortunately, I did not read the Answer filed by Nicholas T. Otis until July 1, 2024, after being notified by Plaintiff's counsel, Brad Walz, that Mr. Otis had admitted liability on behalf of the Defendants in his Answer to ¶ 41. (Dkt. 11).

6. I then contacted Attorney Otis, who was unaware of the admission of liability in ¶ 41.

7. Mr. Otis stated that his intention had been to Admit the allegations set forth in ¶ 40, and to Deny the allegations set forth in ¶¶ 41 and 42.

8. Mr. Otis further concluded that it was an error occurred when he inadvertently answered the allegations set forth in ¶ 41 as an Admission.

Page 1 of 2

**Exhibit A**

I affirm under the pains and penalties of perjury that the above and foregoing statements are true.

Dated: 7/10/2024

_____
Lyle R. Hardman

**Exhibit A**