# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Nickels and Dimes Incorporated, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 3:23-CV-699-CCB-MGG |
| ) | |
| Noah's Arcade, LLC d/b/a Full Tilt, ) | |
| Ben Konowitz, and Ryan Hart, ) | |
| ) | |
| *Defendants*. ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY

Plaintiff Nickels and Dimes Incorporated moves for leave to file a supplemental brief in support of its pending Motion to Compel Discovery. *See* Dkt. 35. Plaintiff seeks to apprise the Court of new developments in the parties' discovery dispute, including one remedied deficiency. Because this new information is likely helpful to the Court in addressing the pending Motion to Compel Discovery, leave to file should be granted. *See Sajda v. Brewton*, 265 F.R.D. 334, 338 (N.D. Ind. 2009) (granting motion for leave to file a supplemental memorandum on a motion to compel and stating that the standard for granting such a motion is "how helpful the new information will be in making a decision on the underlying motion"); *Indiana GRQ, LLC v. American Guarantee and Liability Ins. Co.*, Case No. 3:21-cv-227-DRL-MGG, at 13-14 (N.D. Ind. June 27, 2022) (granting motion for leave to file supplemental memorandum in support of a pending motion to compel discovery). A copy of the supplemental brief is attached as Exhibit 1.

For these reasons, Plaintiff moves for leave to file the attached supplemental brief in support of its pending Motion to Compel.

Dated: July 30, 2024

Respectfully submitted,

*/s/Bradley J. Walz*
Bradley J. Walz, *pro hac vice*
TAFT STETTINIUS & HOLLISTER, LLP
220 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Phone: (612) 977-8400
Facsimile: (612) 977-8650
Email: bwalz@taftlaw.com

Jonathan G. Polak, 21954-49
Vivek R. Hadley, 36260-5
Christine A. Walsh, 36444-45
TAFT STETTINIUS & HOLLISTER, LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Phone: (317) 713-3500
Facsimile: (317) 713-3699
Email: jpolak@taftlaw.com
       cwalsh@taftlaw.com

*Attorneys for Plaintiff Nickels and Dimes Incorporated*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing document was electronically filed and served upon the following counsel of record, on July 30, 2024.

                                                  */s/Bradley J. Walz*

Eric M. Wilkins
Lyle R. Hardman
HUNT SUEDHOFF KEARNEY LLP
803 Calhoun Street, Suite 900
P.O. Box 4156
Fort Wayne, Indiana 46858
Phone: (260) 423-1311
Facsimile: (260) 424-5396
Email: ewilkins@hsk-law.com
lhardman@hsk-law.com