# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Nickels and Dimes Incorporated, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 3:23-CV-699-CCB-MGG |
| ) | |
| Noah's Arcade, LLC d/b/a Full Tilt, ) | |
| Ben Konowitz, and Ryan Hart, ) | |
| ) | |
| *Defendants*. ) | |

## PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY

Plaintiff respectfully requests, pursuant to Federal Rule of Civil Procedure 37, that the Court compel discovery from Defendants Noah's Arcade, LLC, Ben Konowitz, and Ryan Hart. The grounds for this motion are set forth in detail in the accompanying brief. *See* N.D. Ind. L.R. 7-1(b)(2). In support of this Motion to Compel, Plaintiff's certification in accordance with Local Rule 37-1 is attached hereto as Exhibit 1.

Dated: July 30, 2024

Respectfully submitted,

*/s/Bradley J. Walz*
Bradley J. Walz, *pro hac vice*
TAFT STETTINIUS & HOLLISTER, LLP
220 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Phone: (612) 977-8400
Facsimile: (612) 977-8650
Email: bwalz@taftlaw.com

Jonathan G. Polak, 21954-49
Vivek R. Hadley, 36260-5
Christine A. Walsh, 36444-45

                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            

TAFT STETTINIUS & HOLLISTER, LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Phone: (317) 713-3500
Facsimile: (317) 713-3699
Email: jpolak@taftlaw.com
              cwalsh@taftlaw.com

*Attorneys for Plaintiff Nickels and Dimes Incorporated*

USDC IN/ND case 3:23-cv-00699-CCB-SJF     document 43     filed 07/30/24     page 2 of 3

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing document was electronically filed and served upon the following counsel of record, on July 30, 2024.

/s/Bradley J. Walz

Eric M. Wilkins
Lyle R. Hardman
HUNT SUEDHOFF KEARNEY LLP
803 Calhoun Street, Suite 900
P.O. Box 4156
Fort Wayne, Indiana 46858
Phone: (260) 423-1311
Facsimile: (260) 424-5396
Email: ewilkins@hsk-law.com
　　　　lhardman@hsk-law.com