# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| Nickels and Dimes Incorporated, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>Noah's Arcade, LLC d/b/a Full Tilt, )<br>Ben Konowitz, and Ryan Hart, )<br>)<br>*Defendants*. ) | Case No. 3:23-CV-699-CCB-MGG |

## LOCAL RULE 37-1 CERTIFICATION

Pursuant to N.D. Ind. Local Rule 37-1, Plaintiff Nickels and Dimes Incorporated, by counsel, in support of its Motion to Compel, certifies the following:

1. Plaintiff has conferred in good faith with Defendant Noah's Arcade, LLC d/b/a Full Tilt in an effort to resolve, without the Court's intervention, the matter of Defendant's responses to Plaintiff's First Set of Interrogatories and First Set of Requests for Production.

2. On July 10, 2024 at 8 a.m. EST, counsel for Plaintiff and counsel for Defendant held a telephonic conference to discuss the concerns with Defendant's responses. During that conference, Defendant agreed to supplement the deficient responses but as of the filing of this motion, full supplementation has not been completed.

3. The parties who attended that telephonic conference were:
    a. Bradley J. Walz, Taft Stettinius & Hollister LLP, counsel for Plaintiff; and
    b. Lyle R. Hardman, Hunt Suedhoff Kearney LLP, counsel for Defendant.

Dated: July 30, 2024

Respectfully submitted,

*/s/Bradley J. Walz*
Bradley J. Walz, *pro hac vice*
TAFT STETTINIUS & HOLLISTER, LLP
220 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Phone: (612) 977-8400
Facsimile: (612) 977-8650
Email: bwalz@taftlaw.com

Jonathan G. Polak, 21954-49
Vivek R. Hadley, 36260-5
Christine A. Walsh, 36444-45
TAFT STETTINIUS & HOLLISTER, LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Phone: (317) 713-3500
Facsimile: (317) 713-3699
Email: jpolak@taftlaw.com
         cwalsh@taftlaw.com

*Attorneys for Plaintiff Nickels and Dimes Incorporated*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing document was electronically filed and served upon the following counsel of record, on July 30, 2024.

                                                                           */s/Bradley J. Walz*

Eric M. Wilkins
Lyle R. Hardman
HUNT SUEDHOFF KEARNEY LLP
803 Calhoun Street, Suite 900
P.O. Box 4156
Fort Wayne, Indiana 46858
Phone: (260) 423-1311
Facsimile: (260) 424-5396
Email: ewilkins@hsk-law.com
       lhardman@hsk-law.com