# EXHIBIT 1-4



**FW: Correspondence sent on behalf of Bradley Walz | Taft File 111419/00002**

Walz, Bradley J.
To: lhardman@hsk-law.com
Cc: Polak, Jonathan; Walsh, Christine
Tue 6/18/2024 12:04 PM

- Plaintiff's First Request for Admissions to Defendant Noah's Arcade, LLC.pdf — 40 KB
- Plaintiff's Second Request for the Production of Documents to Defendant Noah's Arcade, LLC.pdf — 46 KB
- Plaintiff's First Request for the Production of Documents to Defendant Ben Konowitz.pdf

Dear Lyle:

The responses to the Document Requests served on Noah's Arcade, LLC and Messrs. Konowitz and Hart were due yesterday. Again, no responses were received from any of the defendants, and no request to extend the time to respond by any of the defendants was received. Therefore, all objections to the form of the Document Requests have been waived and we expect full responses by Friday, June 20th.

We intend to take your clients' depositions as well but cannot do this until we receive the documents and answers we requested. If we do not receive the documents soon, will you stipulate that we can notice your clients' depositions after the July 1st close of fact discovery deadline at a time after we receive all the documents and answers we requested?

Sincerely,

Brad