# EXHIBIT 1-5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NICKELS AND DIMES INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 3:23-cv-699 |
| v. | ) |
| | ) |
| NOAH'S ARCADE, LLC d/b/a FULL TILT, | ) |
| BEN KONOWITZ, AND RYAN HART | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT, RYAN HART'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant, Ryan Hart, by counsel, submits his response to the Plaintiff's requests for production.

The Defendant, by counsel, objects to all the duties, instructions, definitions and obligations of any type which proceed Plaintiff's First Request for Production to the Defendant, and which Plaintiff attempts to impose on the Defendant. These are not agreed to between the parties under FRCP 29. These responses have been made according to FRCP 26 regarding the scope of discovery, FRCP 34 regarding Responses to Request for Production, and case law interpreting those rules. The Defendant does not agree to any additional duties, instructions, definitions, or obligations in responding to Plaintiff's First Request for Production of Documents.

The Defendant also objects to the lengthy, multiple, separate definitions used by Plaintiff because they make the Request for Production of Documents unduly burdensome, confusing, and not understandable taken alone.

## RESPONSES

**DOCUMENT REQUEST NO. 1:** All Documents and communications evidencing your role, responsibilities and duties in operating the business connected to Noah's Arcade.

**Response**:   See Exhibit A. Defendant Ryan Hart and Defendant Ben Konowitz share all responsibilities and there are no responsive documents or communications with separate roles, responsibilities and duties.

**DOCUMENT REQUEST NO. 2**:   All Documents and communications concerning Your role in consideration, selection, and adoption of the Domain Name, www.fulltiltlp.com, including but not limited to searches conducted for available domain names and alternative domain names considered by You.

1

**Response:** See Exhibit B. Defendant Ryan Hart and Defendant Ben Konowitz together searched for the domain name www.fulltiltlp.com and after finding it available for purchasing, purchased it.

**DOCUMENT REQUEST NO. 3:** All Documents and communications sufficient to show any strategic planning by You about Defendant's business model, including but not limited to target customer profiles and estimated geographic reach of the business.

**Response:** See Exhibit C. Defendant Ryan Hart and Defendant Ben Konowitz share all roles, responsibilities and duties and no documents or communications exist regarding individual strategic planning. Additionally, Defendants have never created customer profiles or estimated the geographic reach of their business.

**DOCUMENT REQUEST NO. 4:** All Documents and communications sufficient to show your individual role in selecting, designing and marketing the Challenged Marks.

**Response:** See Exhibit D. Defendant Ryan Hart and Defendant Ben Konowitz share all roles, responsibilities and duties and no documents or communications exist regarding individual roles.

**DOCUMENT REQUEST NO. 5:** All Documents and communications sufficient to show your personal knowledge of Plaintiff and Plaintiff's marks prior to this litigation.

**Response:** Defendant has no documents or communications in his possession that are responsive to this request.

**DOCUMENT REQUEST NO. 6:** All Documents and communications sufficient to show Your role in drafting and filing the trademark applications for the Challenged Marks.

**Response**: Please see Exhibit E. Defendant Ryan Hart and Defendant Ben Konowitz share all roles and no documents or communications exist regarding individual roles.

**DOCUMENT REQUEST NO. 7:** All Documents and communications sufficient to show Your role in making the determination to file trademark applications for the Challenged Marks.

**Response:** Please see Exhibit E. Defendant Ryan Hart and Defendant Ben Konowitz share all roles and no documents or communications exist regarding individual roles.

**DOCUMENT REQUEST NO. 8:** All Documents and communications sufficient to show your individual role in purchasing and selecting domain names www.fulltiltfun.com and www.fulltiltlp.com.

**Response:** Defendant has no documents or written communications in his possession that are responsive to this request. Fulltiltlp.com was available for purchase and was purchased. www.fulltiltfun.com was also purchased online.

        Respectfully submitted,

        HUNT SUEDHOFF KEARNEY LLP

        /s/ Lyle R. Hardman
        Lyle R. Hardman #16056-49
        205 W. Jefferson Blvd., Suite 300
        P.O. Box 4156
        South Bend, IN 46634-4156
        Telephone: (574) 232-4801
        Fax: (574) 232-9736
        lhardman@hsk-law.com

## Certificate of Service

I certify that a true and exact copy of the foregoing was served upon all parties of record this 18th day of June 2024, via email:

| | |
|---|---|
| **Bradley J Walz PHV** | **Vivek R Hadley** |
| TAFT STETTINIUS & HOLLISTER LLP | **Christine A Walsh** |
| 2200 IDS Center | **Jonathan G Polak** |
| 80 S 8th St | TAFT STETTINIUS & HOLLISTER LLP |
| Minneapolis, MN 55402 | One Indiana Sq Ste 3500 |
| 612-977-8400 | Indianapolis, IN 46204 |
| Fax: 612-977-8650 | 317-713-3500 |
| bwalz@taftlaw.com | Fax: 317-713-3699 |
| *PRO HAC VICE* | vhadley@taftlaw.com |
| | cwalsh@taftlaw.com |
| | jpolak@taftlaw.com |