# EXHIBIT 1-9

**HSK | HUNT SUEDHOFF KEARNEY LLP**
ATTORNEYS AT LAW

Lynne R. Hardman
lhardman@hsk-law.com
574-232-4801
Please reply to South Bend Office

July 15, 2024

**Via E-Mail Transmission**
bwalz@taftlaw.com

Bradley J. Walz PHV
Taft Stettinius & Hollister LLP - Min/MN
2200 IDS Center
80 S 8th St
Minneapolis, MN 55402

    RE:    Nickels and Dimes Incorporated v. Noah's Arcade, LLC d/b/a Full Tilt, et. al.
            Case No. 3:23-cv-00699-DRL-MGG

Dear Mr. Walz:

This letter is in response to our recent telephonic conversation regarding supplemental discovery responses. Included with this letter is the following supplementations:

1. Regarding the requested information regarding the Facebook post about naming the arcade, the post was originally made on Ben Konowitz's Facebook page. You have already been sent the post from Ben's page as well as all of the comments. The post was then shared by Ben to Ryan's Hart Facebook page. All comments from both Ben and Ryan's Facebook pages were included with the documents previously sent to you from Ben's Facebook page.

2. The list of e-mail names and addresses that you refer to as "VIP members" is attached as Exhibit A. Please note that these individuals are individuals who have requested to receive e-mails from Ben Konowitz notifying them of upcoming events that may be of interest to them. These e-mails may or may not pertain to activities at Noah's Arcade.

3. The e-mail communications between Ryan Hart and the USPTO are attached as Exhibit B.

We are continuing to work with our clients regarding additional supplementation and will supplement as necessary.

Should you have any further questions regarding this matter, please do not hesitate to contact me.

| FORT WAYNE | SOUTH BEND | INDIANAPOLIS |
| --- | --- | --- |
| Post Office Box 11489 | Post Office Box 4156 | 155 E. Market Street, Ste. 750 |
| 803 S. Calhoun Street, Ste. 900 | 205 W. Jefferson Boulevard, Ste. 300 | Indianapolis, IN 46204 |
| Fort Wayne, IN 46858-1489 | South Bend, IN 46634-4156 | 317-784-4966 |
| 260-423-1311 | 574-232-4801 | 317-784-5566 Fax |
| 260-424-5396 Fax | 574-232-9736 Fax | |

Very truly yours,

HUNT SUEDHOFF KEARNEY LLP

/s/Lyle R. Hardman
Lyle R. Hardman

Enc.

cc: Vivek Hadley
Christine Walsh
Jonathan Polak