| | |
|---|---|
| **From:** | Walz, Bradley J. |
| **To:** | Lyle R. Hardman |
| **Cc:** | Hadley, Vivek R.; Polak, Jonathan; Jeannie Bittner; Walsh, Christine |
| **Subject:** | RE: Nickels and Dimes Incorporated v. Noah"s Arcade, LLC d/b/a Full Tilt, et. al. |
| **Date:** | Tuesday, July 9, 2024 2:47:24 PM |
| **Attachments:** | image001.png |
| | image002.png |

What's your availability for Thursday?

**From:** Lyle R. Hardman <lhardman@hsk-law.com>
**Sent:** Tuesday, July 9, 2024 1:37 PM
**To:** Walz, Bradley J. <BWalz@taftlaw.com>
**Cc:** Hadley, Vivek R. <VHadley@taftlaw.com>; Polak, Jonathan <JPolak@taftlaw.com>; Jeannie Bittner <jbittner@hsk-law.com>; Walsh, Christine <CWalsh@taftlaw.com>
**Subject:** RE: Nickels and Dimes Incorporated v. Noah's Arcade, LLC d/b/a Full Tilt, et. al.

Afternoon, Brad,

I'm only available before 10:00 ET.  I'll be in a mediation, potentially the rest of the day.

As to the Zoom, you had request earlier if it could be done by Zoom, and that's fine.  As to the time, I left that blank to be filled in depending on your availability and the deponent's availability.

Lyle

**HSK**
**LYLE R. HARDMAN | PARTNER**
**205 W. Jefferson Blvd., Ste. 300**
**South Bend, IN 46601**
P: 574.232.4801
F: 574.232.9736
Email: lhardman@hsk-law.com
-



Lyle R. Hardman

Best Lawyers
**Lawyer of the Year**
2022

**Insurance Law**
South Bend, Indiana

**From:** Walz, Bradley J. <BWalz@taftlaw.com>
**Sent:** Tuesday, July 9, 2024 2:34 PM
**To:** Lyle R. Hardman <lhardman@hsk-law.com>
**Cc:** Hadley, Vivek R. <VHadley@taftlaw.com>; Polak, Jonathan <JPolak@taftlaw.com>; Jeannie Bittner <jbittner@hsk-law.com>; Walsh, Christine <CWalsh@taftlaw.com>
**Subject:** RE: Nickels and Dimes Incorporated v. Noah's Arcade, LLC d/b/a Full Tilt, et. al.

Lyle:

Let me know if you are available tomorrow to discuss the deposition topics. Additionally, not only did your amended

deposition notice not include Zoom, but it also had blanks for the time. We need to shore all these issues tomorrow if you expect to move forward with the deposition next Tuesday.

Sincerely,

Brad

**Bradley J. Walz**
Partner
BWalz@taftlaw.com
Dir: 612.977.8525
Tel: 612.977.8400   |   Fax: 612.977.8650
2200 IDS Center
80 South 8th Street

Minneapolis, MN 55402-2157

**Taft Bio**
**Download vCard**
**taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Jeannie Bittner <jbittner@hsk-law.com>
**Sent:** Tuesday, July 9, 2024 1:13 PM
**To:** Walsh, Christine <CWalsh@taftlaw.com>
**Cc:** Hadley, Vivek R. <VHadley@taftlaw.com>; Walz, Bradley J. <BWalz@taftlaw.com>; Polak, Jonathan <JPolak@taftlaw.com>
**Subject:** Nickels and Dimes Incorporated v. Noah's Arcade, LLC d/b/a Full Tilt, et. al.

Ms. Walsh:

Please see attached correspondence which I am sending on behalf of Lyle R. Hardman.

Thank you,

Jeannie



**JEANNIE BITTNER I LEGAL ASSISTANT**
**205 W. Jefferson Blvd., Suite 300**
**South Bend, IN 46601**
P: 574.232.4801
Email: jbittner@hsk-law.com