# EXHIBIT 1



**City of La Porte Redevelopment Commission Meeting Agenda**

**Wednesday, July 31, 2024 at 5:15 PM**

**City Hall Council Chambers, 801 Michigan Avenue**

Live and archived transmissions of the City of La Porte Redevelopment Commission meetings are available at the following site links:
https://www.facebook.com/cityoflaportein/live_videos
https://www.youtube.com/@CityofLaPorteIN/streams

**Please Note:  There will be an Executive Session prior to the regular meeting at 4:30 PM in the Mayor's Office**

1. Call the meeting to order
2. Pledge of Allegiance
3. Roll call
4. Public comment
5. Minutes:  June 26, 2024 Regular Meeting
6. Claims:  See 7/31/2024 Claim Docket
7. Old Business:
    A. None
8. New Business:
    A. Resolution approving a form of the lease between the Redevelopment Authority, as lessor, and the Redevelopment Commission, as lessee (the "Lease") for the 39 North/Boyd Blvd/Thomas Rose West Expansion Infrastructure Projects
    B. Public Hearing and Resolution approving an additional appropriation request to city council for Thomas Rose West Expansion Infrastructure Project from TIF II Fund
    C. Bid opening for Thomas Rose West Expansion Infrastructure Project
    D. Approval of Real Estate Purchase Agreement for property located in NewPorte Landing
    E. Approval of Development Agreement with Noah's Arcade LLC dba Full Tilt
9. Other Business:
    A. None
10. Adjourn