**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| Nickels and Dimes Incorporated, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 3:23-CV-699-CCB-SJF |
| | ) | |
| Noah's Arcade, LLC d/b/a Full Tilt, | ) | |
| Ben Konowitz, and Ryan Hart, | ) | |
| | ) | |
| *Defendants*. | ) | |

## <u>DECLARATION OF BRADLEY J. WALZ</u>

I, Bradley J. Walz, declare as follows:

1.      I am over 18 years old, of sound mind, and have personal knowledge of the facts stated in this declaration. I am one of the attorneys representing Nickels and Dimes Incorporated ("Plaintiff") in this case and submit this declaration in support of Plaintiff's Motion to Amend the Scheduling Order. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2.      Attached as <u>Exhibit A</u> is a true and correct copy of email correspondence between Jody Andrews and me on March 11, 2024 serving Noah's Arcade, LLC's discovery responses.

3.      Attached as <u>Exhibit B</u> is a true and correct copy of correspondence between Lyle Hardman and me on May 1, 2024 summarizing a telephone conference we had concerning Noah's Arcade, LLC's deficient discovery responses including, but not limited to, the lack of ESI.

4.      Attached as <u>Exhibit C</u> are true and correct copies of the email correspondence and correspondence dated April 12, 2024, June 18, 2024, July 9, 2024, and July 15, 2024 from Jody Andrews and Lyle Hardman to me regarding the Defendants' supplementation of its discovery responses.

5. Attached as <u>Exhibit D</u> is a true and correct copy of the email correspondence from me to Lyle Hardman dated May 23, 2024 and Lyle Hardman to me dated May 21, 2024 regarding Defendant Noah's Arcade, LLC's and Ben Konowitz's untimely discovery requests.

FURTHER YOUR DECLARENT SAYETH NOT

Dated: December 23, 2024                     *s/Bradley J. Walz*
                                             Bradley J. Walz