Exhibit A

## Walz, Bradley J.

| | |
|---|---|
| **From:** | Jody Andrews <jandrews@hsk-law.com> |
| **Sent:** | Monday, March 11, 2024 11:37 AM |
| **To:** | Walz, Bradley J.; Hadley, Vivek R.; Walsh, Christine; Polak, Jonathan |
| **Cc:** | Lyle R. Hardman |
| **Subject:** | Nickels and Dimes Incorporated v. Noah's Arcade, LLC d/b/a Full Tilt |
| **Attachments:** | Defendants' Responses to Requests for Production 3-11-24.pdf; Interrogatory Responses - Signed 2024-03-11.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Counsel,

Attached please find the discovery responses on behalf of Noah's Arcade, LLC.

The link to the Drobox file containing Exhibits 1-9 to the Requests for Production is as follows:

https://www.dropbox.com/scl/fo/d0m8dawhvwwhb89qd6eme/h?rlkey=ahru3ymfseynrihe27o26ess5&dl=0

Let me know if you have any problems accessing the documents.


Thank you,

Jody




**JODY ANDREWS I LEGAL ASSISTANT**
205 W Jefferson Blvd Suite 300
South Bend, IN 46601
P: 574-232-4801
Email: jandrews@hsk-law.com

1