**Exhibit C-1**

## Walz, Bradley J.

| | |
|---|---|
| **From:** | Jody Andrews <jandrews@hsk-law.com> |
| **Sent:** | Friday, April 12, 2024 3:30 PM |
| **To:** | Walz, Bradley J.; Hadley, Vivek R.; Walsh, Christine; Polak, Jonathan |
| **Cc:** | Lyle R. Hardman |
| **Subject:** | Nickels and Dimes Incorporated v Noah's Arcade, LLC d/b/a Full Tilt |
| **Attachments:** | Defendants' Supplemental Responses to Requests for Production 4-11-2024.pdf; Defendants' Supplemental Interrogatory Answers 4-12-2024.pdf; Supp. Exhibit 10.pdf; Supp. Exhibit 9 .pdf; Supp. Exhibit 6.pdf; Supp. Exhibit 5.pdf; Supp. Exhibit 4 .pdf; Supp. Exhibit 2 .pdf |

| | |
|---|---|
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Counsel,

Attached are our supplemental discovery responses and corresponding exhibits, except for supplemental exhibit #12, which will be sent by a separate email.

Thank you,
Jody



**JODY ANDREWS I LEGAL ASSISTANT**
205 W Jefferson Blvd Suite 300
South Bend, IN 46601
P: 574-232-4801
Email: jandrews@hsk-law.com

1