

Lyle R. Hardman
*lhardman@hsk-law.com*
574-232-4801
Please reply to South Bend Office

June 18, 2024

*VIA EMAIL ONLY*

Mr. Bradley J Walz PHV
Taft Stettinius & Hollister LLP - Min/MN
2200 IDS Center
80 S 8th St
Minneapolis, MN 55402
bwalz@taftlaw.com

   RE: Nickels and Dimes Incorporated v. Noah's Arcade, LLC d/b/a Full Tilt, et. al.
     Case No. 3:23-cv-00699-DRL-MGG

Dear Mr. Walz:

Please find enclosed Defendant Ben Konowitz's Responses to Plaintiff's First Request for Production of Documents; Defendant Ryan Hart's Responses to Plaintiff's First Request for Production of Documents; and Defendant, Noah's Arcade, LLC d/b/a Full Tilt's Responses to Plaintiff's Second Request for Production of Documents. Also enclosed are supplemental responses to the information requested in your Meet and Confer Summary correspondence dated May 1, 2024.

Please note that there is one set of exhibits (labeled A through E) to the individual defendants' responses to the requests for production of documents. There is also a second set of supplemental exhibits (labeled Supplemental 1 through Supplemental 2) which are responsive to the meet and confer summary correspondence. Specifically, relating to the supplemental information requested in the latter, please see below.

Information requested in the Meet and Confer Summary correspondence:

- The ESI for the Facebook post in response to Document Request No. 2: Please note that Defendants have produced all documents in their possession, custody, or under their control and are under no obligation to create documents for Plaintiff.
- Any analytics data about the reach of any marketing channels used by Noah's Arcade, for example, the Goggle Analytics data in response to Document Request No. 4: Please see Supplemental Exhibit 1.
- The prosecution history from the USPTO and full correspondence with Trademark Engine in response to Document Requests Nos. 5 and 6: Please see Exhibit E to the three sets of responses to Requests for Production of Document. Please note that the only documents in Defendants' possession, custody, or control have been produced and Defendants are not required to create documents for Plaintiff.

**HSK** | HUNT
SUEDHOFF
KEARNEY
LLP

A T T O R N E Y S   A T   L A W

Lyle R. Hardman
*lhardman@hsk-law.com*
574-232-4801
Please reply to South Bend Office

- The customer information collected by Noah's Arcade from sources such as the web forms on its website in response to Document Request No. 10: Defendants have produced all documents in their possession, custody and control and are not obligated to create documents for Plaintiff.
- Full day-to-day financial information from June 8, 2022 through December 31, 2022, and that same information for all of 2023, and the beginning of this year to the present in response to Document Requests No. 12 and 13: Please see Supplemental Exhibit 2.

    I apologize in advance for any duplication of documents.

        Sincerely,

        HUNT SUEDHOFF KEARNEY

        *Lyle R. Hardman*

        Lyle R. Hardman

cc:    Vivek Hadley
       Christine Walsh
       Jonathan Polak