**Walz, Bradley J.**

| | |
|---|---|
| **From:** | Jody Andrews <jandrews@hsk-law.com> |
| **Sent:** | Wednesday, June 19, 2024 9:53 AM |
| **To:** | Walz, Bradley J. |
| **Cc:** | Walsh, Christine; Polak, Jonathan; Lyle R. Hardman; Patricia A. Mastagh |
| **Subject:** | RE: Nickles and Dimes, Inc. v. Noah's Arcade LLC d/b/a Full Tilt |
| **Attachments:** | NICNOA Defendants' Supplemental Disclosures to Plaintiff 6-24.pdf; Certified Policy.pdf |

Mr. Walz,

Please disregard the attachments to my prior email.
Attached are the supplemental disclosures you requested, along with the insurance policy.

Thank you,
Jody



**JODY ANDREWS I LEGAL ASSISTANT**
205 W Jefferson Blvd Suite 300
South Bend, IN 46601
P: 574-232-4801
Email: jandrews@hsk-law.com

---

**From:** Jody Andrews
**Sent:** Wednesday, June 19, 2024 10:16 AM
**To:** Walz, Bradley J. <bwalz@taftlaw.com>
**Cc:** Walsh, Christine <cwalsh@taftlaw.com>; Polak, Jonathan <jpolak@taftlaw.com>; Lyle R. Hardman <lhardman@hsk-law.com>; Patricia A. Mastagh <pmastagh@hsk-law.com>
**Subject:** RE: Nickles and Dimes, Inc. v. Noah's Arcade LLC d/b/a Full Tilt

Mr. Walz,

Attached please find Full Tilt's (updated) Answers to First RFA, along with the certified insurance policy.

Thank you,
Jody



**JODY ANDREWS I LEGAL ASSISTANT**
205 W Jefferson Blvd Suite 300
South Bend, IN 46601
P: 574-232-4801
Email: jandrews@hsk-law.com

1

**From:** Jody Andrews
**Sent:** Tuesday, June 18, 2024 3:28 PM
**To:** Walz, Bradley J. <bwalz@taftlaw.com>
**Cc:** Walsh, Christine <cwalsh@taftlaw.com>; Polak, Jonathan <jpolak@taftlaw.com>; Lyle R. Hardman <lhardman@hsk-law.com>; Patricia A. Mastagh <pmastagh@hsk-law.com>
**Subject:** Nickles and Dimes, Inc. v. Noah's Arcade LLC d/b/a Full Tilt

Mr. Walz,

Attached please find correspondence from Attorney Hardman.

Below is the link to a Dropbox folder containing the Responses to Plaintiff's Request for Production for Ben Konowitz, Full Tilt and Ryan Hart, along with all exhibits.

https://www.dropbox.com/scl/fo/ffss5k03jh1s7qfb34yqr/ALau1JxUNKnieCNNXHGcBUo?rlkey=a0h1xolrt8orgby8k tiaow5ys&st=xq4ktvw4&dl=0

Please let me know if you have any problems accessing the documents.

Thank you,
Jody



**JODY ANDREWS I LEGAL ASSISTANT**
205 W Jefferson Blvd Suite 300
South Bend, IN 46601
P: 574-232-4801
Email: jandrews@hsk-law.com