L. R. Hardman
lhardman@hsk-law.com
574-232-4801
Please reply to South Bend Office

July 9, 2024

**<u>Via E-Mail Transmission</u>**
bwalz@taftlaw.com

Bradley J. Walz PHV
Taft Stettinius & Hollister LLP - Min/MN
2200 IDS Center
80 S 8th St
Minneapolis, MN 55402

> RE: *Nickels and Dimes Incorporated v. Noah's Arcade, LLC d/b/a Full Tilt, et. al.*
> Case No. 3:23-cv-00699-DRL-MGG

Dear Mr. Walz:

This letter is in response to your correspondence of June 28, 2024 regarding perceived deficiencies in Defendants' supplemental discovery responses.

<u>Request for Production No. 2</u>: Submitted with this correspondence is the requested information from Ben Konowitz's Facebook page. Ryan Hart posted Ben's Facebook on his page. Ryan is returning from vacation and the information from his page will be produced as soon as possible, but unfortunately, likely not before the requested date of July 10, 2024. The Facebook posts from Ben and Ryan are responsive to Request No. 2 for Noah's Arcade.

<u>Request for Production No. 5</u>: Ryan Hart is returning from vacation and this response will be supplemented as soon as possible, but unfortunately, likely not before the requested date of July 10, 2024.

<u>Request for Production No. 6</u>: Ryan Hart is returning from vacation and this response will be supplemented as soon as possible, but unfortunately, likely not before the requested date of July 10, 2024.

<u>Request for Production No. 10</u>: Plaintiff claims that it has "repeatedly explained" that it is requesting the list of "VIP" subscribers "because Defendant itself describes these subscribers as receiving monthly mail." Defendant does not have any per se "VIP" subscribers. Defendant does have a list of e-mail addresses from individuals who have expressed an interest to be notified when Defendant has information to send out. No monthly email is sent to these individuals. Defendant will provide this list of individual e-mail addresses and e-mails that have been sent to these individuals as soon as possible, but unfortunately, likely not before the requested date of July 10, 2024.

FORT WAYNE
Post Office Box 11489
803 S. Calhoun Street, Ste. 900
Fort Wayne, IN 46858-1489
260-423-1311
260-424-5396 Fax

SOUTH BEND
Post Office Box 4156
205 W. Jefferson Boulevard, Ste. 300
South Bend, IN 46634-4156
574-232-4801
574-232-9736 Fax

INDIANAPOLIS
155 E. Market Street, Ste. 750
Indianapolis, IN 46204
317-784-4966
317-784-5566 Fax

Regarding your statement that neither Ben Konowitz nor Ryan Hart "have produced no responsive ESI for their Facebook post, nor any of the information concerning their decision to register the Infringing Marks," please see Request for Production No 2 above regarding the Facebook post. No additional written documentation exists concerning "their decision to register the Infringing Marks." Your statement that "Defendants have also produced any documents or communications concerning their decision to purchase the domain names at issue" is nonsensical as written. If your statement was meant to read that "Defendants have *not* produced any such documents or communications…," no additional written documents exist.

Finally, regarding your statement, "Defendants have only produced their financial data through March 2024 when it is clear that Defendants possess daily revenue data; Plaintiff requests they supplement the financial information *through the present*," (emphasis added), please note the following:

1. Your original requests propounded to Defendants on December 20, 2023, are below.

DOCUMENT REQUEST NO. 12: Documents sufficient to show the annual volume of sales (in dollars and units) of all goods or services sold, directly or indirectly, by Defendant under or in connection with the Challenged Mark, separated by good or service.

DOCUMENT REQUEST NO. 13: Documents sufficient to show the calculation of the gross and net profits realized by Defendant, directly or indirectly, from the sale of any goods or services under or in connection with the Challenged Mark.

2. Defendants responded to these requests on March 11, 2024; supplemented their responses on April 12, 2024 and June 18, 2024.

3. You will note that you modified these requests in your "Meet and Confer Summary" correspondence of May 1, 2024 to read as follows:

Full day-to-day financial information from June 8, 2022 through December 31, 2022, and that same information for all of 2023, and the beginning of this year to the present in response to Document Requests No. 12 and 13.

4. Defendants have provided you with their tax returns and their financial information through March 24, 2024. Defendants have sufficiently responded to your requests as originally propounded. Neither Request No. 12 nor Request No. 13 request documents for a specific time period.

As above, Defendants will provide you with the additional information noted above regarding Ryan Hart's Facebook post and the list of individual e-mail addresses and documents e-mailed to those individuals as soon as possible.

Should you have any further questions regarding this matter, please do not hesitate to contact me.

Very truly yours,

HUNT SUEDHOFF KEARNEY LLP

/s/Lyle R. Hardman
Lyle R. Hardman

Enc.

cc:    Vivek Hadley
       Christine Walsh
       Jonathan Polak