

Lance R. Hardman
lhardman@hsk-law.com
574-232-4801
Please reply to South Bend Office

July 15, 2024

**Via E-Mail Transmission**
bwalz@taftlaw.com

Bradley J. Walz PHV
Taft Stettinius & Hollister LLP - Min/MN
2200 IDS Center
80 S 8th St
Minneapolis, MN 55402

> RE:   Nickels and Dimes Incorporated v. Noah's Arcade, LLC d/b/a Full Tilt, et. al.
> Case No. 3:23-cv-00699-DRL-MGG

Dear Mr. Walz:

This letter is in response to our recent telephonic conversation regarding supplemental discovery responses.  Included with this letter is the following supplementations:

1. Regarding the requested information regarding the Facebook post about naming the arcade, the post was originally made on Ben Konowitz's Facebook page. You have already been sent the post from Ben's page as well as all of the comments. The post was then shared by Ben to Ryan's Hart Facebook page. All comments from both Ben and Ryan's Facebook pages were included with the documents previously sent to you from Ben's Facebook page.

2. The list of e-mail names and addresses that you refer to as "VIP members" is attached as Exhibit A. Please note that these individuals are individuals who have requested to receive e-mails from Ben Konowitz notifying them of upcoming events that may be of interest to them. These e-mails may or may not pertain to activities at Noah's Arcade.

3. The e-mail communications between Ryan Hart and the USPTO are attached as Exhibit B.

We are continuing to work with our clients regarding additional supplementation and will supplement as necessary.

Should you have any further questions regarding this matter, please do not hesitate to contact me.

FORT WAYNE
Post Office Box 11489
803 S. Calhoun Street, Ste. 900
Fort Wayne, IN 46858-1489
260-423-1311
260-424-5396 Fax

SOUTH BEND
Post Office Box 4156
205 W. Jefferson Boulevard, Ste. 300
South Bend, IN 46634-4156
574-232-4801
574-232-9736 Fax

INDIANAPOLIS
155 E. Market Street, Ste. 750
Indianapolis, IN 46204
317-784-4966
317-784-5566 Fax

Very truly yours,

HUNT SUEDHOFF KEARNEY LLP

/s/Lyle R. Hardman
Lyle R. Hardman

Enc.

cc:     Vivek Hadley
        Christine Walsh
        Jonathan Polak