## Walz, Bradley J.

| | |
|---|---|
| **From:** | Walz, Bradley J. |
| **Sent:** | Thursday, May 23, 2024 8:38 AM |
| **To:** | Lyle R. Hardman |
| **Cc:** | Jody Andrews; Polak, Jonathan; Hadley, Vivek R.; Walsh, Christine |
| **Subject:** | RE: Nickles and Dimes Inc. v. Noah's Arcade, LLC d/b/a Full Tilt, et al. |

Dear Lyle:

The Court's Scheduling Order identified July 1, 2024 as the deadline for fact discovery and provided that all written discovery must be initiated at least 45 days prior to July 1, 2024 (i.e., May 17, 2024). Because Noah's Arcade's written discovery was not initiated before May 17, 2024, we will not be responding to the written discovery you served on May 21, 2024.

With respect to the Notice of Deposition, we will check with our client to see if they are available on July 16th. Because our client is in Texas, would you be willing to take the deposition by video conference?

Also, I will mention this again, I would like to make you a settlement offer but can't until I receive all the financial information we requested in discovery.

Best regards,

Brad

**From:** Jody Andrews <jandrews@hsk-law.com>
**Sent:** Tuesday, May 21, 2024 2:44 PM
**To:** Polak, Jonathan <JPolak@taftlaw.com>; Hadley, Vivek R. <VHadley@taftlaw.com>; Walsh, Christine <CWalsh@taftlaw.com>; Walz, Bradley J. <BWalz@taftlaw.com>
**Cc:** Lyle R. Hardman <lhardman@hsk-law.com>
**Subject:** Nickles and Dimes Inc. v. Noah's Arcade, LLC d/b/a Full Tilt, et al.

Counsel,

Attached, please find the following discovery requests:
 Defendant Noah's Arcade's First Set of Interrogatories to Plaintiff
 Defendant Noah's Arcade's First Request for Production of Documents to Plaintiff
 Defendant Noah's Arcade's First Request for Admissions to Plaintiff
 Defendant Ben Konowitz's First Set of Interrogatories to Plaintiff

Additionally, I have attached Defendants' Rule 30(b)(6) Deposition Notice to Plaintiff. If the date on the Notice does not work for you, please let us know and we will arrange one that does.

Thank you,
Jody

1

**HSK** | HUNT
SUEDHOFF
KEARNEY
LLP

**JODY ANDREWS I LEGAL ASSISTANT**
205 W Jefferson Blvd Suite 300
South Bend, IN 46601
P:  574-232-4801
Email:  jandrews@hsk-law.com

2