**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| Nickels and Dimes Incorporated, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:23-cv-00699-CCB-SJF |
| | ) | |
| Noah's Arcade, LLC d/b/a Full Tilt, | ) | |
| Ben Konowitz, and Ryan Hart, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT

Defendants, Noah's Arcade, LLC d/b/a Full Tilt, Ben Konowitz, and Ryan Hart, by and through counsel of record, and pursuant to Rule 56 of the Federal Rules of Civil Procedure and N.D. Ind. L.R. 56-1, hereby respectfully move this Court for an order entering summary judgement in favor of all Defendants on all claims asserted in Plaintiff's Amended Complaint (Dkt. #10) in their entireties, on the grounds that there are no genuine issues of material fact and Defendants are entitled to judgement as a matter of law.

In support of their Motion for Summary Judgement, Defendants rely on the accompanying Defendants' Memorandum of Law, Defendants' Statement of Material Facts, and all other pleadings and papers filed in this action.

**WHEREFORE,** for the reasons set forth fully in the Memorandum of Law and Statement of Material Facts, Defendants respectfully request that the Court grant Defendants' Motion for Summary Judgment on all counts of the Amended Complaint in their entireties.

1

Respectfully submitted,

HUNT SUEDHOFF KEARNEY LLP

By:   /s/ Lyle R. Hardman
      Lyle R. Hardman        #16056-49
      205 W. Jefferson Blvd, Suite 300
      South Bend, IN 46634-4156
      Telephone: (574) 232-4801
      Email: lhardman@hsk-law.com

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 18th day of February 2025, I electronically filed the above and foregoing document with the Clerk of the Courts using the CM/ECF system which sent notification of such filing to counsel of record who are registered with the system.

/s/ Lyle R. Hardman
Lyle R. Hardman        #16056-49

2