**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

NICKELS AND DIMES
INCORPORATED,

Plaintiff,

v.

NOAH'S ARCADE, LLC, et al.,

Defendants.

CASE NO. 3:23-CV-699-CCB-SJF

**ORDER**

Before the Court is the parties' Joint Motion to Stay the Proceeding pending the final disposition of *Western Reserve Mutual Casualty Company v. Noah's Arcade, LLC d/b/a Full Tilt, Ben Konowitz, Ryan Hart, and Nickels and Dimes Incorporated*, Case No. 3:25-cv-00108-CCB-SJF ("the '108 case"). The parties explain that Noah's Arcade, LLC d/b/a Full Tilt obtained an insurance policy from Western Reserve Mutual Casualty Company ("Western Reserve") that was in effect on June 22, 2023, and that Western Reserve accepted the defense of the instant lawsuit under a reservation of rights. Western Reserve then initiated the '108 case on February 24, 2025, seeking a declaration that it has no duty to defend nor indemnify Noah's Arcade, LLC d/b/a Full Tilt, Ben Konowitz, and Ryan Hart here.

A week before Western Reserve filed the '108 case, however, the parties all engaged in mediation. Relevant to the instant case, Plaintiff and Defendants reached an agreement in principle regarding non-monetary terms, leaving only the monetary

settlement payment unresolved. The parties believe that the outcome of the '108 case will likely resolve this remaining issue. Accordingly, the parties request that this case be stayed until the '108 case reaches its final disposition.

With good cause shown and agreement of the parties, the instant motion is now **GRANTED**. [DE 67]. All pending deadlines and hearings are **VACATED**. [DE 60]. The Court also **DENIES WITHOUT PREJUDICE** Plaintiff's Motion for Leave to File a Brief in Response to Defendants' Brief Regarding an Award of Expenses. [DE 65]. Plaintiff will have an opportunity to refile this motion after the stay is lifted, if appropriate.

The parties are **ORDERED** to file a joint status report within seven (7) days of final resolution of the '108 case so that the Court can propel this case forward as appropriate.

**SO ORDERED** this 21st day of March 2025.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge

2